From: MFP-20-2
Sent: Monday, April 23, 2007 1:09 PM
To: Wynne, Marguerite
Subject: From MFP-20-2


Please open the attached document. This document was digitally sent to you using an HP Digital Sending device.

For more information on HP MFP Digital Sending please visit:

  http://www.hp.com/go/HP_Digital_Sender_Module.com