**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------
KATHLEEN CURNS and LINDA ZUKAITIS,

                Plaintiffs,

      v.                              No. 06-CV-1336
                                           (GLS/DRH)
WAL-MART STORES, INC.,

                Defendant.

-----------------------------------------------------------------

**ORDER**

      By letter dated April 23, 2007, defendant requested a discovery conference regarding dates certain for the depositions of the plaintiffs and an extension of the deadline for defendant to serve responses to plaintiffs' demands for production of documents and interrogatories. By letter dated April 24, 2007, plaintiffs responded. A telephone conference was held on-the-record with counsel for all parties on April 25, 2007. As directed during that conference and for the reasons stated at that time, it is hereby

      **ORDERED** that:

      1. Defendants' motion for leave to conduct a second day of depositions of the plaintiffs is **DENIED**;

      2. Defendant may take the depositions of both plaintiffs on dates to be arranged among the parties;

      3. At least one week prior to the date set for the depositions of the plantiffs, defendant shall provide plaintiffs with copies of any documents to be shown to either plaintiff during such deposition; and

4. Defendant's request for a thirty-day extension of the deadline for serving responses to plaintiffs' demands for production of documents and interrogaties is **GRANTED**.

**IT IS SO ORDERED**.

Dated: April 27, 2007
       Albany, New York

United States Magistrate Judge