UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
KATHLEEN CURNS and LINDA ZUKAITIS,

        Plaintiffs,

v.                                                                      No. 06-CV-1336
                                                                               (GLS/DRH)
WAL-MART STORES, INC.,

        Defendant.

-----------------------------------------------------------------

## ORDER

A conference was held wth counsel for all parties in the above-captioned case on December 6, 2007. From that conference, it appears that additional time is needed between the close of discovery and the deadline for filing dispositive motions to permit the parties adequate time to prepare and respond to such motions. Accordingly, for good cause shown and without objection, it is hereby

**ORDERED** that the Uniform Pretrial Scheduling Order (Docket No. 6), as previously amended, is hereby further amended to the limited extent that the deadline for filing dispositive motions is hereby extended to **April 1, 2008.**

IT IS SO ORDERED.

                                                                                        _/s/ David R. Homer_
                                                                 United States Magistrate Judge

Dated: December 6, 2007
           Albany, New York