# LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

| | |
|---|---|
| April 10, 2008 | Marguerite Stenson Wynne<br>Direct: 212.497.8491<br>Direct Fax: 646.607.9216<br>mwynne@littler.com |

**VIA ECF**

Office of the Clerk of the Court
U.S. Courthouse & Federal Building
445 Broadway- Rm. 345
Albany, NY 12207-2936

Re:  Notice of Change of Firm
     Kathleen Curns and Linda Zukaitis v. Wal-Mart Stores, Inc.
     No. 06 CV 1336 (GLS) (DLH)

Clerk of the Court:

We write to advise you that we, the attorneys for Defendant Wal-Mart Stores, Inc. in the above-referenced case, Joel L. Finger (JLF 103981) and Marguerite Stenson Wynne (MSW 514333), have moved from the firm Thelen Reid Brown Raysman & Steiner LLP, to Littler Mendelson, P.C., 900 Third Avenue, New York, New York 10022. Our client has been notified of the change and has consented to our continued representation in the above-referenced case.

Respectfully submitted,

/Marguerite Stenson Wynne (MSW 514333)

RG/

cc:  Douglas Wigdor, Esq. (Plaintiffs' Counsel)
     Rick Hammond, Esq. (Wal-Mart Stores, Inc.)

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON