

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Joel L. Finger
212.497.8485 direct
212.583.9600 main
646.417.6793 fax
jfinger@littler.com

March 16, 2010

**VIA ECF**

Clerk of the Court
United States District Court
Northern District of New York
100 S. Clinton Street
P.O. Box 7367
Syracuse, NY  13261-7367

    Re:   *Curns, et ano. v. Wal-Mart Stores, Inc.*
            Case No.:  06-cv-1336 (GLS)(DRH)

Dear Sir/Madam:

    Our firm represents Defendant Wal-Mart Stores, Inc. in the above referenced matter. We write to advise you that Marguerite S. Wynne, who has appeared as counsel for Defendant Wal-Mart Stores, Inc. in this matter, will no longer be appearing in this matter. Please continue to direct all future notifications in this matter to the undersigned.

    Thank you in advance for your courtesy.

                                                  Respectfully,

                                                  Joel L. Finger

JLF/jm

cc:    Andrew S. Goodstadt, Esq.
        (Via Facsimile)

littler.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing letter to be served upon:

>Andrew S. Goodstadt, Esq.
>Thompson Wigdor & Gilly LLP
>85 Fifth Avenue
>New York, NY 10003
>Attorneys for Plaintiffs

via Facsimile, on this 16th day of March, 2010.

_____
Joel L. Finger

1