**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- X
KATHLEEN CURNS and LINDA ZUKAITIS,  :
  :  No. 06-CV-1336 (GLS)
                      Plaintiffs,  :
  :
    v.  :
  :
WAL-MART STORES, INC.,  :
  :
                      Defendant.  :
-------------------------------------------------------------- X

## JOINT PRETRIAL STIPULATION

The parties, having conferred among themselves, hereby respectfully submit this Joint Pretrial Stipulation pursuant to the Third Amended Trial Order in this action, dated April 12, 2010.

**I.**     **Basis of Federal Jurisdiction**

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343, as this action involves claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e *et seq.*; the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 *et seq.*; and the Americans With Disabilities Act, as amended, 42 U.S.C. §§ 12101 *et seq.*  The Court has supplemental jurisdiction over Plaintiffs' related claims under the New York State Human Rights Law, New York Executive Law §§ 290 *et seq.*, pursuant to 28 U.S.C. § 1367(a).

II. **List Of Exhibits Which Can Be Stipulated Into Evidence Or Which Will Be Offered Without Objection As To Foundation**

| EX. NO. | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|
| 1 | Open Door Communications Policy | 5/1/04 | D_586-88 |
| 2 | K. Curns Statement of Account | 3/31/05 | D_2853-62 |
| 3 | K. Curns Statement of Account | 4/30/05 | D_2843-52 |
| 4 | L. Zukaitis Statement of Account | 4/30/05 | D_2885-94 |
| 5 | Email to Frank Washburn re District Fashion Merchandiser Selection Process | 5/5/05 | D_1585 |
| 6 | Email from Aaron Gillingham to Dana Reynolds and Jeremy A. Hollis | 5/12/05 | D_1108-09 |
| 7 | E-mail to RPMs-WM Stores from Travis Bowman | 5/12/05 | D_1586 |
| 8 | Email from Debra Goldfarb re FW: Talking Points for Dept Mgrs | 5/12/05 | P_124-25 |
| 9 | MCS – Job Opening Detail | 5/13/05 | D_1826 |
| 10 | Fashion Merchandiser Job Description | 5/17/05 | D_1592-95 |
| 11 | MCS – Job Opening Detail | 5/25/05 | D_1830 |
| 12 | MCS – Job Opening Detail | 6/3/05 | D_1623 |
| 13 | Email from David Eaton to Micah Hawk | 6/10/05 | D_2391 |
| 14 | Email from Micah Hawk to Michelle Gunther | 6/28/05 | D_2388 |
| 15 | Letter from K. Curns to Micah Hawk | 7/13/05 | D_2323 |
| 16 | Letter from Micah Hawk to L. Zukaitis | 7/20/05 | P_191 |
| 17 | Letter from L. Zukaitis to Micah Hawk | 7/28/05 | P_206 |
| 18 | Letter from Micah Hawk to L. Zukaitis | 7/29/05 | P_164 |
| 19 | Email from Micah Hawk to K. Curns | 9/21/05 | P_11 |
| 20 | Email from Karen Edgmon to Micah Hawk | 10/6/05 | D_2326 |
| 21 | K. Curns Statement of Account | 4/30/07 | D_2863-72 |
| 22 | K. Curns Statement of Account | 4/30/08 | D_2873-84 |
| 23 | Letter from Micah Hawk to L. Zukaitis | | P_198 |
| 24 | Job Description for Store Manager/Co-Manager | | D_2254-55 |
| 25 | MCS - Job Opening Detail | | D_1608 |
| 26 | MCS - Job Opening Detail | | D_1610 |
| 27 | Job Description District Manager | | D_2252-53 |
| 28 | Job Description Fashion Merchandiser | | D_1600-02 |
| 29 | Interview Form for K. Curns | | D_2490-93 |

2

| EX. NO. | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|
| 30 | Employee Information Sheet Region 17 | | D_1605 |
| 31 | Associate History Profile K. Curns | | D_908-09 |
| 32 | Associate Profile K. Curns | | D_1894-96 |
| 33 | Associate Profile L. Zukaitis | | D_1624-25 |
| 34 | Positions Applied for By K. Curns | | D_1931-46 |
| 35 | MCS - Job Opening Detail | | D_1833 |
| 36 | Handwritten note to Micah Hawk from Dave Eaton | | D_2526 |
| 37 | MCS - Job Opening Detail | | D_2418 |
| 38 | Job Description Fashion Merchandiser | | D_1589-91 |
| 39 | Job Applicant Details | | D_1800-10 |
| 40 | Positions Applied for By L. Zukaitis | | D_1658-64 |
| 41 | District Shoe Jewelry Manager Follow Up | | D_2397-98 |
| 42 | Email from Karen Edgmon | 9/2/05 | P_21 |
| 43 | Email from Karen Edgmon | 9/6/05 | P_20 |
| 44 | Email from Karen Edgmon | 9/6/05 | P_19 |
| 45 | Email from Management Career Selection | 9/21/05 | P_18 |
| 46 | Email from Micah Hawk | 9/26/05 | P_17 |
| 47 | Email from Micah Hawk | 9/28/05 | P_15 |
| 48 | Email from Management Career Selection | 10/8/05 | P_6 |
| 49 | Associate Guide 2004 | | D_1-374 |
| 50 | L. Zukaitis W-2 from Tractor Supply | 2006 | P_153 |
| 51 | L. Zukaitis 2009 unemployment payment and 2008 and 2009 forms W-2 | | P_612-13 |

**III.    Relevant Facts Not In Dispute**

1. Kathleen Curns was born on February 25, 1944.

2. Ms. Curns was hired by Wal-Mart on July 15, 1995.

3. Linda Zukaitis was born on April 23, 1953.

4. Ms. Zukaitis was hired by Wal-Mart on June 3, 1991.

5. As of May 12, 2005, Ms. Curns was a District Manager for Shoes and Jewelry in Region 17.

6. As of May 12, 2005, Ms. Zukaitis was a District Manager for Shoes and Jewelry in Region 17.

Dated: April 12, 2010
      New York, New York

**THOMPSON WIGDOR & GILLY LLP**

By: __/s/_____
   Douglas H. Wigdor (511986)
   Andrew S. Goodstadt (514688)
   Ariel Y. Graff (514732)

85 Fifth Avenue
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845
dwigdor@twglaw.com
agoodstadt@twglaw.com
agraff@twglaw.com

*COUNSEL FOR PLAINTIFFS*

**LITTLER MENDELSON, P.C.**

By: __/s/_____
   Joel L. Finger (103981)
   Joseph E. Field

900 Third Avenue
New York, NY 10022
Tel. (212) 583-9600
Fax. (646) 417-6793
jfinger@littler.com
jfield@littler.com

*COUNSEL FOR DEFENDANT*

4