**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KATHLEEN CURNS and LINDA ZUKAITIS,  :
: No. 06-CV-1336 (GLS)
                     Plaintiffs,  :
:  **DECLARATION OF**
    v.                              :  **DOUGLAS H. WIGDOR**
:  **IN OPPOSITION TO**
WAL-MART STORES, INC.,              :  **DEFENDANT'S MOTION**
:  *IN LIMINE*
                   Defendant.  :
-------------------------------------------------------------X

STATE OF NEW YORK    )
                               )ss.:
COUNTY OF NEW YORK  )

      I, DOUGLAS H. WIGDOR, hereby declare under penalty of perjury:

      1.     I am a partner in the law firm of Thompson Wigdor & Gilly LLP, counsel of record for Plaintiffs Kathleen Curns and Linda Zukaitis. I am fully familiar with the facts and circumstances set forth herein, and this Declaration is true to the best of my personal knowledge. I submit this Declaration to put before the Court certain documents relevant to Plaintiffs' opposition to Defendant Wal-Mart Stores, Inc.'s motion *in limine*.

      2.     Attached hereto as Exhibit 1 are Wal-Mart's Position Statements that were submitted to the Equal Employment Opportunity Commission in *Curns v. Wal-Mart*, 165-2005-01514 and *Zukaitis v. Wal-Mart*, 165-2005-01461, respectively, both dated June 30, 2006.

      3.     Attached hereto as Exhibit 2 is a true copy of the Wal-Mart Memorandum entitled "Reviewing And Revising Wal-Mart's Benefits Strategy."

      4.     Attached hereto as Exhibit 3 are true copies of relevant pages from the deposition testimony of Margaret Daniel in this action taken on February 26, 2007.

5. Attached hereto as Exhibit 4 are true copies of relevant pages from the deposition testimony of Micah Hawk in this action taken on March 19, 2008.

6. Attached hereto as Exhibit 5 are Plaintiffs' authorizations to obtain their medical records and cover letter dated August 2, 2007.

7. Attached hereto as Exhibit 6 are true copies of relevant pages from the deposition testimony of Kathleen Curns in this action taken on October 24, 2007.

I declare under the penalty of perjury that the foregoing statements are true and correct.

Dated: April 19, 2010
       New York, New York

_____
DOUGLAS H. WIGDOR