**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
 KATHLEEN CURNS and LINDA ZUKAITIS,           :
                                              :
                          Plaintiffs,         :         No. 06-CV-1336 (GLS)
                                              :
         v.                                   :
                                              :
 WAL-MART STORES, INC.,                       :
                                              :
                          Defendant.          :
-------------------------------------------------------------- X

## PLAINTIFFS' LIST OF TRIAL EXHIBITS

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Fifth Amended Trial Order in this case, dated April 23, 2010, Plaintiffs Kathleen Curns and Linda Zukaitis ("Plaintiffs"), through their undersigned counsel, Thompson Wigdor & Gilly LLP, hereby respectfully designate the annexed list of exhibits that Plaintiffs may use at trial. This list is subject to supplementation, modification and revision prior to the commencement of trial based, among other things, on the Court's ruling on any *in limine* or other motions that have or may be filed by the parties.

This list does not include documents that Plaintiffs may use for impeachment and/or rebuttal purposes, or documents listed as exhibits in the parties' Joint Pretrial Stipulation dated April 12, 2010. By including a document on this list, Plaintiffs do not concede that the proposed exhibit is either relevant or admissible for all purposes at trial. Plaintiffs reserve the right not to offer any exhibit on this list at trial and to object to Defendant's attempt to offer such exhibit into evidence. Plaintiffs also reserve the right to introduce any exhibits on Defendant's trial exhibit list which are not objected to and/or for

purposes which are not objected to by Plaintiffs, and any demonstrative exhibits or compilations of data or documents.

Dated: April 27, 2010
      New York, New York        Respectfully submitted,

**THOMPSON WIGDOR & GILLY LLP**

By: _____
    Douglas H. Wigdor (511986)
    Andrew S. Goodstadt (514688)
    Ariel Y. Graff (514732)

85 Fifth Avenue
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845
*dwigdor@twglaw.com*
*agoodstadt@twglaw.com*
*agraff@twglaw.com*

*COUNSEL FOR PLAINTIFFS*

United States District Court
For The Northern District Of New York

Case No. ___06-CV-1336_____
Date: _____
Presiding Judge: __Hon. Gary L. Sharpe__

(x) Plaintiff         ( ) Defendant         ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | Home Office Performance Appraisal for Linda Zukaitis dated March 2, 2001 ( P_270-75) |
| P-2 | | | | | Home Office Performance Appraisal for Linda Zukaitis dated March 7, 2002 (P_263-69) |
| P-3 | | | | | Home Office Performance Appraisal for Linda Zukaitis dated March 11, 2003 (P_257-62) |
| P-4 | | | | | Wal-Mart Home Office Performance Appraisals for Kathleen Curns dated March 14, 2003 (P_118-23) |
| P-5 | | | | | Home Office Performance Appraisal dated February 9, 2004 (P_248-53) |
| P-6 | | | | | Lowest Shrink Percent YTD Award (P_143) |
| P-7 | | | | | Reduction in Force Guidelines from Store and Club Management dated December 23, 2004 (P_79-80) |
| P-8 | | | | | Wal-Mart Statement of Ethics (D_555-57) |
| P-9 | | | | | Performance Evaluation for Shoes and Jewelry District Manager/Regional (D_1410-12) |
| P-10 | | | | | Performance Evaluation for Linda Zukaitis (P_244-46) |
| P-11 | | | | | Email to Frank Washburn dated May 5, 2005 regarding Shoes and Jewelry DM Transition (D_2921) |
| P-12 | | | | | Email from Debra Hartenstein dated May 9, 2005 (P_78) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-13 | | | | | Memo from Frank Washburn to All Management dated May 12, 2005 regarding Structure Change Announcement (P_77) |
| P-14 | | | | | Email from Debra Goldfarb dated May 12, 2005 regarding Talking Points for Department Managers (P_124-25) |
| P-15 | | | | | Memo from Frank Washburn to Regional Vice Presidents with cc to Regional Personnel Managers dated May 13,2005 regarding Revised Phase 2 Districts (D_1587-88) |
| P-16 | | | | | Email from Management Career Selection to Kathleen Curns dated May 15, 2005 regarding receipt application (P_9) |
| P-17 | | | | | Phase 2 Revised Chart ( D_1596-99) |
| P-18 | | | | | Email from Management Career Selection re Your MCS Application (P_13) |
| P-19 | | | | | Email from Micah Hawk dated May 31, 2005(D_2396) |
| P-20 | | | | | PCN for John Morgans (D_1408) |
| P-21 | | | | | Email from Management Career Selection to Kathleen Curns regarding receipt of application for District Fashion Merchandising position (P_7) |
| P-22 | | | | | Email from Frank Washburn to Gwen Cannon and Alfred Rodriguez regarding Transition plan for remaining Shoe and Jewelry District Managers (D_2922) |
| P-23 | | | | | Request for Leave of Absence from Linda Zukaitis dated July, 1, 2005 (P_192) |
| P-24 | | | | | Email from Karen Edgmon to Micah Hawk dated July 15, 2005 (D_2394) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

Page 3 of 12

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-25 | | | | | Second Notice given to Linda Zukaitis from Micah Hawk dated July 20, 2005 (P_191) |
| P-26 | | | | | Request for Leave of Absence from Linda Zukaitis dated July 27, 2005 (P_166) |
| P-27 | | | | | Letter from Linda Zukatis to Micah Hawk dated July 28, 2005 regarding assistant manager position (P_165) |
| P-28 | | | | | Letter from Micah Hawk to Linda Zukaitis dated July 29, 2005 regarding assistant manager position (P_164) |
| P-29 | | | | | E-mail to David Eaton from Micah Hawk dated August 2, 2005 (D_2381) |
| P-30 | | | | | Emails between Micah Hawk and George Sherrill dated August 29, 2005 (D_2357-58) |
| P-31 | | | | | Email from Kathleen Curns to Karen Edgmon dated September 2, 2005 (P_21) |
| P-32 | | | | | Email from Karen Edgmon to Kathleen Curns dated September 6, 2005 (P_19) |
| P-33 | | | | | Email from Karen Edgmon dated September 6, 2005 regarding Email from Kathleen Curns (P_20) |
| P-34 | | | | | Email from Stacy Wiggins dated September 11, 2005 regarding Kathleen Curns – Store 2262 (P_16) |
| P-35 | | | | | E-mail from Micah Hawk dated September 21, 2005 to Kathleen Curns regarding Cobleskill Co-Manager position (P_11) |
| P-36 | | | | | E-mail from Management Career Selection dated September 21, 2005 regarding application for Co-Manager position (P_18) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-37 | | | | | Email from Kathleen Curns to Micah Hawk dated September 26, 2005 (P_12) |
| P-38 | | | | | Email from Micah Hawk to Kathleen Curns dated September 26, 2005 (P_17) |
| P-39 | | | | | Email from Kathleen Curns to Micah Hawk (P_15) |
| P-40 | | | | | EEOC Charge of Discrimination for Kathleen Curns (P_43-44) |
| P-41 | | | | | E-mail from Management Career Selection dated October 8, 2005 regarding receipt of application for Co-Manager position (P_6) |
| P-42 | | | | | EEOC Charge of Discrimination for Linda Zukaitis (P_50) |
| P-43 | | | | | Amendment to EEOC Charge of Discrimination for Linda Zukaitis (D_2295) |
| P-44 | | | | | New York Times article dated October 26, 2005 regarding Wal-Mart Memo Suggests Ways to Cut Employee Benefit Costs |
| P-45 | | | | | Amendment to EEOC Charge of Discrimination for Kathleen Curns dated July 8, 2006 (D_2267) |
| P-46 | | | | | Email from Management Career Selection dated October 14, 2006regarding receipt of application for the APC-Non-Metro (WM) position (P_10) |
| P-47 | | | | | Complaint |
| P-48 | | | | | Completed Training Report for Stacy Wiggins (D_895-98) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-49 | | | | | Completed Training Report for Randall Sims (D_892-94) |
| P-50 | | | | | Completed Training Report for Alton Jenkins ( D_899-901) |
| P-51 | | | | | Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories |
| P-52 | | | | | Kathleen Curns Exit Interview dated June 23, 2008 (D_2561) |
| P-53 | | | | | Letter from Micah Hawk to Kathleen Curns regarding assistant manager position (D_2324) |
| P-54 | | | | | Wal-Mart document entitled "Our Beliefs" (D_2307) |
| P-55 | | | | | Table 2: Applicants for Fashion Merchandiser Positions for which Linda Zukaitis Applied |
| P-56 | | | | | Associate History Profile for Brian Ratliff (D_1140-41) |
| P-57 | | | | | Candidate Information Sheet  (D_1609) |
| P-58 | | | | | Wal-Mart EEOC Position Statement (D_2298-2312) |
| P-59 | | | | | Position Applied for By Linda Zukaitis - Applicant Question & Answer (D_1667; D_1694-1700; D_1753-59) |
| P-60 | | | | | Associate History Profile for Shawn Early (D_1517) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

Case 1:06-cv-01336-GLS-DRH   Document 84   Filed 04/27/10   Page 8 of 14

Page 6 of 12

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-61 | | | | | Wal-Mart EEOC Position Statement (D_2277 – 88) |
| P-62 | | | | | Associate History Profile John Morgans (D_1400-01) |
| P-63 | | | | | Positions Applied for by Kathleen Curns – Applicant Questions and Answers (D_1947-66) |
| P-64 | | | | | Completed Training Report for David Eaton (D_885-87) |
| P-65 | | | | | Associate History Profile for Kathy Schubert (D_1308-09) |
| P-66 | | | | | MCS - Print Interview of Kathleen Curns and handwritten notes (D_2494-2500) |
| P-67 | | | | | MCS - Print Interview for Kathy Schubert (D_2501-04) |
| P-68 | | | | | Associate Profile and Candidate Information Sheet for Daniel Houde (D_1835-37; D_1834) |
| P-69 | | | | | Associate Profile for Brian Woodward (D_1909-10) |
| P-70 | | | | | MCS - Print Interview for Brian Woodward and handwritten notes (D_2399-2403) |
| P-71 | | | | | MCS - Print Interview for Kathleen Curns and handwritten notes (D_2405-09) |
| P-72 | | | | | PCN for Kathleen Curns (D_910) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-73 | | | | | Home Office Performance Appraisal for Kathleen Curns as District Manager (P_128-133) |
| P-74 | | | | | Job Opening Details (D_1804-07) |
| P-75 | | | | | Associate History Profile for Kathleen Curns (D_2573-74) |
| P-76 | | | | | Associate History Profile for Dewey Loren (D_2575-76) |
| P-77 | | | | | Associate History Profile for Brian Woodward (D_2577-78) |
| P-78 | | | | | Associate History Profile for Kathy Schubert (D_2579-80) |
| P-79 | | | | | Associate History Profile for Linda Zukaitis ( D_2581-82) |
| P-80 | | | | | Associate History Profile for Dewey Loren (D_2583-84) |
| P-81 | | | | | Associate History Profile for Edward Narrod III (D_2585-86) |
| P-82 | | | | | Associate History Profile for Laurie Bennett (D_2587-88) |
| P-83 | | | | | Associate History Profile for Ronald Oriel, Jr. (D_2589-90) |
| P-84 | | | | | Associate History Profile for Shawn Earley (D_2591-92) |

Exhibits Returned to Counsel (Date): _____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-85 | | | | | Associate History Profile for Brian Ratliff (D_2593-94) |
| P-86 | | | | | Associate History Profile for Ralph Holden (D_2595-96) |
| P-87 | | | | | Associate History Profile for Daniel Houde (D_2597-98) |
| P-88 | | | | | Associate History Profile for John Morgans (D_2599-2600) |
| P-89 | | | | | Associate History Profile for Sabrena Towne (D_2601-02) |
| P-90 | | | | | Associate History Profile for Kathleen Curns (D_2603-04) |
| P-91 | | | | | PCN For Kathleen Curns (D_2605) |
| P-92 | | | | | PCN For Sabrena Towne (D_2606) |
| P-93 | | | | | Earnings History Report (D_2607-2842) |
| P-94 | | | | | Shawn Earley Optionee Statement (D_2895) |
| P-95 | | | | | Kathy Laumeyer Optionee Statement (D_2896) |
| P-96 | | | | | John Morgans Optionee Statement (D_2897) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-97 | | | | | Brian Ratliff Optionee Statement (D_2898) |
| P-98 | | | | | Sabrena Towne Optionee Statement (D_2899) |
| P-99 | | | | | Shawn Early Optionee Statement (D_2900) |
| P-100 | | | | | Kathy Laumeyer Optionee Statement (D_2901) |
| P-101 | | | | | John Morgans Optionee Statement (D_2902) |
| P-102 | | | | | Brian Ratliff Optionee Statement (D_2903) |
| P-103 | | | | | Sabrena Towne Optionee Statement (D_2904) |
| P-104 | | | | | Laurie Bennett Optionee Statement (D_2905) |
| P-105 | | | | | Web-Based Management Career Selection (D_2906-20) |
| P-106 | | | | | Letter from Daniel Houde to Kathleen Curns (P_1) |
| P-107 | | | | | Kathleen Curns W-2 Wage and Statement Forms (P_2-5) |
| P-108 | | | | | Management Performance Appraisal of Kathleen Curns (P_144-46) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-109 | | | | | Performance Evaluation for Kathleen Curns (P_148-150) |
| P-110 | | | | | Letter from Tracy Fleming re Kathleen Curns (P_151) |
| P-111 | | | | | Division 11 & 15 Mid-Year Review YTD – 00 (P_277-80) |
| P-112 | | | | | W2 forms for Linda Zukaitis 1995 (P_163) |
| P-113 | | | | | W2 forms for Linda Zukaitis 1996 (P_162) |
| P-114 | | | | | W2 forms for Linda Zukaitis 1997 (P_161) |
| P-115 | | | | | W2 forms for Linda Zukaitis 1998 (P_160) |
| P-116 | | | | | W2 forms for Linda Zukaitis 1999 (P_159) |
| P-117 | | | | | W2 forms for Linda Zukaitis 2000 (P_158) |
| P-118 | | | | | W2 forms for Linda Zukaitis 2001 (P_157) |
| P-119 | | | | | W2 forms for Linda Zukaitis 2002 (P_156) |
| P-120 | | | | | W2 forms for Linda Zukaitis 2003 (P_154) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-121 | | | | | W2 forms for Linda Zukaitis 2004 (P_155) |
| P-122 | | | | | W2 forms for Linda Zukaitis 2005 (P_152) |
| P-123 | | | | | W2 forms for Linda Zukaitis 2006 (P_153) |
| P-124 | | | | | Resume of Linda Zukaitis (P_167-68) |
| P-125 | | | | | Management Salary Increase (P_135-36) |
| P-126 | | | | | Management Salary Increase for Kathleen Curns (P_147) |
| P-127 | | | | | Management Salary Increase for Linda Zukaitis (P_247) |
| P-128 | | | | | Management Salary Increase for Linda Zukaitis (P_255) |
| P-129 | | | | | Management Salary Increase for Linda Zukaitis (P_256) |
| P-130 | | | | | Management Salary Increase (P_276) |
| P-131 | | | | | Management Salary Increase (P_281) |
| P-132 | | | | | Letter from Micah Hawk to Linda Zukaitis (P_198) |

Exhibits Returned to Counsel (Date): _____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-133 | | | | | Wal-Mart Award received by Linda Zukaitis (P_238) |
| P-134 | | | | | District 187 Leadership Survey Details for Linda Zukaitis (P_239-43) |
| P-135 | | | | | Linda Zukaitis Current Base Salary (P_288) |
| P-136 | | | | | Management Performance Appraisal (P_282 – 87; P_289-91) |
| P-137 | | | | | 2005 Form 10-K (Wal-Mart) |
| P-138 | | | | | 2009 Form 10-K (Wal-Mart) |
| P-139 | | | | | Out With The Old: Wal-Wart's Year-Long Pursuit Of A Younger, Cheaper Workface |
| P-140 | | | | | Supplemental Benefits Documentation |
| P-141 | | | | | Wal-Mart Nationwide Consent Decree ADA |
| | | | | | |
| | | | | | |
| | | | | | |

Exhibits Returned to Counsel (Date): _____
Signature:_____