# JURY TRIAL MINUTES

*CASE NAME:*

| Kathleen Curns, et al. | VS | Walmart Stores, Inc. |
|---|---|---|

*CAUSE*: 42:2000e Job Discrimination (Employment)    *DATE*:  June 7, 2010

*PROCEEDING:*          **Jury Trial**

*LAW CLERKS*: _____        *CASE NUMBER:*  1:06-cv-1336  (GLS/DRH)

*TRIAL DATE:*  **/**/**        *STENO*:      Theresa Casal

Note:     None

| PRINT NAME | FIRM NAME | PARTY: |
|---|---|---|
| Andrew Goodstadt, Esq.<br>Ariel Graff, Esq. | Thompson, Wigdor Law Firm | Plaintiffs |
| Joel L. Finger, Esq.<br>Scott Forman, Esq. | Littler, Mendelson Law Firm | Defendant |

BEGINNING TIME:    9:30 A.M.        END TIME: 4:40 P.M,

9:30 a.m.   Jury brought into the courtroom.
9:35 a.m.   Jurors called into the jury box.
10:13 a.m. Plaintiffs' voir dire.
10:22 a.m. Defendant's voir dire.
10:24 a.m. Court inquires of challenges for cause.
10:25 a.m.  Plaintiff states juror number 15.
10:25 a.m. Court denies request.
10:25 a.m. CRD provides peremptory challenge for to the parties.
11:00 a.m. Plaintiffs' Opening Statement.
11:33 a.m. Defendant's Opening Statement.
1:05 p.m.  Jury brought into the courtroom.
1:05 p.m.  **Plaintiff calls 1st witness: Kathleen Curns.**
1:06 p.m.  **Direct Examination: Kathleen Curns.**
1:33 p.m.  Atty. Goodstadt presents Exhibit P-108 to the witness and moves to admit into evidence.

| | |
|---|---|
| 1:35 p.m. | **Court admits Exhibit P-108 into evidence.** |
| 2:22 p.m. | Atty. Goodstadt presents Exhibit P-4 to the witness and moves to admit into evidence. |
| 2:23 p.m. | **Court admits Exhibit P-4 into evidence.** |
| 2:29 p.m. | Atty. Goodstadt presents Exhibit P-73 to the witness and moves to admit into evidence. |
| 2:30 p.m. | **Court admits Exhibit P-73 into evidence.** |
| 2:33 p.m. | Atty. Goodstadt presents Exhibit P-142 to the witness and moves to admit into evidence. |
| 2:35 p.m. | **Court admits P-142 into evidence.** |
| 2:40 p.m. | Atty. Goodstadt presents Exhibit P-6 to the witness and moves to admit into evidence. |
| 2:40 p.m. | **Court admits Exhibit P-6 into evidence.** |
| 2:43 p.m. | Atty. Goodstadt presents Exhibit P-75 to the witness and moves to admit into evidence. |
| 2:44 p.m. | **Court admits Exhibit P-75 into evidence.** |
| 2:48 p.m. | Atty. Goodstadt presents Exhibits P-125 and P-126 to the witness and moves to admit into evidence. |
| 2:49 p.m. | **Court admits Exhibits P-125 and P-126 into evidence.** |
| 3:03 p.m. | Atty. Goodstadt presents Exhibit D-75 to the witness. |
| 3:10 p.m. | Atty. Goodstadt presents Exhibit D-29 to the witness and moves to admit into evidence. |
| 3:32 p.m. | **Court admits Exhibit D-29 into evidence.** |
| 4:27 p.m. | Atty. Goodstadt presents Exhibit P-53 to the witness and moves to admit into evidence. |
| 4:28 p.m. | **Court admits Exhibit P-53 into evidence.** |
| 4:31 p.m. | Atty. Goodstadt presents Exhibit D-32 to the witness and moves to admit into evidence. |
| 4:32 p.m. | **Court admits Exhibit D-32 into evidence.** |
| 4:34 p.m. | Atty. Goodstadt presents Exhibit D-100 to the witness and moves to admit into evidence. |
| 4:36 p.m. | Court recesses until 9:00 a.m. tomorrow. |