# JURY TRIAL MINUTES

*CASE NAME:*

| Kathleen Curns, et al. | VS | Walmart Stores, Inc. |
|---|---|---|

*CAUSE*: 42:2000e Job Discrimination (Employment)     *DATE*:  June 8, 2010

*PROCEEDING:*          Jury Trial

*LAW CLERKS*:  _____          *CASE NUMBER:*  1:06-cv-1336  (GLS/DRH)

*TRIAL DATE:*   **/**/**          *STENO*:     Theresa Casal/Lisa Tennyson

Note:      None

| PRINT NAME | FIRM NAME | PARTY: |
|---|---|---|
| Andrew Goodstadt, Esq.<br>Ariel Graff, Esq. | Thompson, Wigdor Law Firm | Plaintiffs |
| Joel L. Finger, Esq.<br>Scott Forman, Esq. | Littler, Mendelson Law Firm | Defendant |

BEGINNING TIME:    9:00 A.M.          END TIME: 4:55 P.M,

9:00 a.m.  **Direct Examination: Kathleen Curns Continues.**
9:01 a.m.  Atty. Goodstadt presents Exhibit D-100 to the witness and moves to admit into evidence.
9:02 a.m.  **Court admits Exhibit D-100 into evidence.**
9:07 a.m.  Atty. Goodstadt presents Exhibit P-31 to the witness and moves to admit into evidence.
9:08 a.m.  **Court admits Exhibit P-31 into evidence.**
9:10 a.m.  Atty. Goodstadt presents Exhibit P-34 to the witness and moves to admit into evidence.
9:11 a.m.  **Court admits Exhibit P-34 into evidence.**
9:22 a.m.  Atty. Goodstadt presents Exhibits P-107, D-219 and D-220 to the witness and moves to admit into evidence.
9:23 a.m.  **Court admits Exhibits P-107, D-219 and D-220 into evidence.**
9:25 a.m.  Atty. Goodstadt presents Exhibit D-159 to the witness and moves to admit into evidence.

| | |
|---|---|
| 9:26 a.m. | **Court admits Exhibit D-159 into evidence.** |
| 9:29 a.m. | **Cross Examination: Kathleen Curns.** |
| 9:39 a.m. | Atty. Forman presents Exhibit P-75 to the witness. |
| 9:44 a.m. | Atty. Forman presents Exhibit D-71 to the witness and moves to admit into evidence. |
| 9:44 a.m. | **Court admits Exhibit D-71 into evidence.** |
| 9:53 a.m. | Atty. Forman presents Exhibit D–29 to the witness. |
| 10:52 a.m. | Atty. Forman presents Exhibit D-159 to the witness. |
| 10:56 a.m. | Atty. Forman presents Exhibit P-53 to the witness. |
| 11:00 a.m. | Atty. Forman presents Exhibit D-32 to the witness. |
| 11:14 a.m. | Atty. Forman presents Exhibit D-81 which is Stipulated Exhibit 34. |
| 11:42 a.m. | **Redirect Examination: Kathleen Curns.** |
| 11:49 a.m. | Atty. Goodstadt presents Exhibit P-142 to the witness. |
| 12:01 p.m. | Court inquires of the Daniels' testimony. |
| 12:02 p.m. | Attorney Goodstadt discusses the Daniels' testimony. |
| 12:07 p.m. | Attorney Forman discusses issues raised at pretrial conference. |
| 1:05 p.m. | **Plaintiff calls 2nd Witness: Kimberlee Culver.** |
| 1:06 p.m. | **Direct Examination: Kimberlee Culver.** |
| 1:19 p.m. | **Cross Examination: Kimberlee Culver.** |
| 1:21 p.m. | **Redirect Examination: Kimberlee Culver.** |
| 1:24 p.m. | **Plaintiff calls 3rd Witness: Linda Zukaitis.** |
| 2:09 p.m. | Atty. Graff presents Exhibits P-2, 3, 5 and 10 to the witness and moves to admit into evidence. |
| 2:09 p.m. | **Court admits Exhibits P-2, 3, 5 and 10 into evidence.** |
| 3:04 p.m. | Atty. Graff presents Exhibit P-133 to the witness and moves to admit into evidence. |
| 3:05 p.m. | **Court admits Exhibit P-133 into evidence.** |
| 3:06 p.m. | Atty. Graff presents Exhibit D-170 to the witness and moves to admit into evidence. |
| 3:06 p.m. | **Court admits Exhibit D-170 into evidence.** |
| 3:18 p.m. | Atty. Graff presents Exhibit D-75 to the witness and moves to admit into evidence. |
| 3:20 p.m. | **Court admits Exhibit D-75 into evidence.** |
| 3:30 p.m. | Atty. Graff presents Exhibit D-74 to the witness and moves to admit into evidence. |
| 3:31 p.m. | **Court admits Exhibit D-74 into evidence.** |
| 3:47 p.m. | Atty. Graff presents Exhibit D-47 to the witness and moves to admit into evidence. |
| 3:48 p.m. | **Court admits Exhibit D-47 into evidence.** |

| | |
|---|---|
| 4:09 p.m. | Atty. Graff presents Exhibits D-29 and D-100 to the witness. |
| 4:30 p.m. | Atty. Graff presents Exhibits D-48 and D-50 and moves to admit into evidence. |
| 4:31 p.m. | **Court admits Exhibits D-48 and D-50 into evidence.** |
| 4:50 p.m. | Court recesses until 9:00 a.m. tomorrow. |
| 4:52 p.m. | Attorneys discusses deposition testimony with the court. |