# JURY TRIAL MINUTES

*CASE NAME:*

| Kathleen Curns, et al. | VS | Walmart Stores, Inc. |
|---|---|---|

*CAUSE*: 42:2000e Job Discrimination (Employment)   *DATE*: June 9, 2010

*PROCEEDING:*   Jury Trial

*LAW CLERKS*: _____   *CASE NUMBER:* 1:06-cv-1336 (GLS/DRH)

*TRIAL DATE:* **/**/**   *STENO*: Theresa Casal

Note:   None

| PRINT NAME | FIRM NAME | PARTY: |
|---|---|---|
| Andrew Goodstadt, Esq.<br>Ariel Graff, Esq. | Thompson, Wigdor Law Firm | Plaintiffs |
| Joel L. Finger, Esq.<br>Scott Forman, Esq. | Littler, Mendelson Law Firm | Defendant |

BEGINNING TIME:   9:00 A.M.   END TIME: 5:20 P.M,

9:00 a.m.   **Direct Examination: Linda Zukaitas continues.**
9:20 a.m.   Atty. Graff presents Exhibit P-23 to the witness and moves to admit into evidence.
9:20 a.m.   **Court admits Exhibit P-23 into evidence.**
9:32 a.m.   Atty. Graff presents Exhibits D-57 and P-25 to the witness and moves to admit into evidence.
9:34 a.m.   **Court admits Exhibits D-57 and P-25 into the evidence.**
9:39 a.m.   Atty. Graff presents Exhibit D-59 to the witness and moves to admit into evidence.
9:40 a.m.   **Court admits Exhibit D-59 into evidence.**
9:42 a.m.   Atty. Graff presents Exhibit D-203 and moves to admit into evidence.
9:43 a.m.   **Court admits Exhibit D-203 into evidence.**
9:43 a.m.   Atty. Graff presents Exhibit D-60 to the witness and moves to admit into evidence.
9:44 a.m.   **Court admits Exhibit D-60 into evidence.**

| | |
|---|---|
| 9:45 a.m. | Atty. Graff presents Exhibit P-146 to the witness and moves to admit into evidence. |
| 9:46 a.m. | **Court admits Exhibit P-146 into evidence.** |
| 9:52 a.m. | Atty. Graff presents Exhibit D-62 to the witness and moves to admit into evidence. |
| 9:52 a.m. | **Court admits Exhibit D-62 into evidence.** |
| 9:54 a.m. | Atty. Graff presents Exhibit P-124 to the witness and moves into evidence. |
| 9:55 a.m. | **Court admits Exhibit P-124 into evidence**. |
| 10:03 a.m. | Atty. Graff presents Exhibits D-218, 221, 222 and 223 to the witness and moves to admit into evidence. |
| 10:04 a.m. | **Court admits Exhibits D-218, 221, 222 and 223 into evidence.** |
| 10:05 a.m. | **Cross Examination: Linda Zukaitas.** |
| 10:11 a.m. | Atty. Forman presents Exhibit D-29 to the witness. |
| 10:21 a.m. | Atty. Forman presents Exhibit D-47 to the witness. |
| 10:23 a.m. | Atty. Forman presents Exhibit D-96 and Stipulated 40 to the witness and moves to admit into evidence. |
| 10:24 a.m. | **Court admits Exhibit D-96 which is Stipulated 40 into evidence.** |
| 10:25 a.m. | Atty. Forman presents Exhibit D-47 to the witness. |
| 10:47 a.m. | Atty. Forman presents Exhibit D-96 to the witness. |
| 11:06 a.m. | Atty. Forman presents Exhibit D-50 to the witness. |
| 11:15 a.m. | Atty. Forman presents Exhibit D-60 to the witness. |
| 11:24 a.m. | Atty. Forman presents Exhibit D-61 to the witness and moves to admit into evidence. |
| 11:25 a.m. | **Court admits Exhibit D-61 into evidence.** |
| 11:28 a.m. | Atty. Forman presents Exhibit D-62 to the witness. |
| 11:29 a.m. | **Redirect Examination: Linda Zukaitas.** |
| 11:38 a.m. | Atty. Graff presents Exhibit D-192 to the witness and moves to admit into evidence. |
| 11:40 a.m. | **Court admits Exhibit D-192 into evidence**. |
| 11:41 a.m. | Atty. Graff presents Exhibit D-48 to the witness. |
| 11:45 a.m. | Atty. Graff presents Exhibit D-96 to the witness. |
| 11:56 a.m. | Atty. Graff presents Exhibit D-61 to the witness. |
| 11:58 a.m. | Atty. Graff presents Exhibit D-62 to the witness. |
| 12:02 p.m. | **Re-cross Examination: Linda Zukaitas.** |
| 12:06 p.m. | Attorneys discuss issues of depositions. |
| 12:06 p.m. | Court will address at 12:50 p.m. |
| 12:06 p.m. | Court addresses the request of a sidebar. |
| 12:50 p.m. | Court discusses the deposition of Margaret Daniel. |
| 12:51 p.m. | Atty. Wigdor discusses his objections with the deposition. |

| Time | Event |
|---|---|
| 1:12 p.m. | **Plaintiff calls 4th Witness: Micah Hawk.** |
| 1:13 p.m. | **Direct Examination: Micah Hawk.** |
| 2:19 p.m. | Atty. Goodstadt presents Exhibit P-63 to the witness and moves to admit into evidence. |
| 2:29 p.m. | Atty. Goodstadt presents Exhibit D-72 to the witness and moves to admit into evidence. |
| 2:29 p.m. | **Court admits Exhibit D-72 into evidence.** |
| 2;34 p.m. | Atty. Goodstadt presents Exhibit P-75 to the witness. |
| 2:36 p.m. | Atty. Goodstadt presents Exhibit D-47 to the witness. |
| 2:48 p.m. | Atty. Goodstadt presents Exhibits P-51, P-55 and P-144 to the witness and moves to admit into evidence. |
| 3:14 p.m. | **Court admits Exhibits P-55 and P-144 into evidence.** |
| 3:21 p.m. | **Plaintiffs call their 5th Witness: Margaret Daniel by Deposition.** |
| 3:51 p.m. | Atty. Graff moves to admit Exhibit D-36 into evidence. |
| 3:51 p.m. | **Court admits Exhibit D-36 into evidence.** |
| 3:57 p.m. | Atty. Graff moves to admit Exhibit D-43 into evidence. |
| 3:57 p.m. | **Court admits Exhibit D-43 into evidence**. |
| 3:58 p.m. | Atty. Graff moves to admit Exhibit D-80 into evidence. |
| 3:59 p.m. | **Court admits Exhibit D-80 into evidence.** |
| 4:05 p.m. | Atty. Graff moves to admit Exhibit D-68 into evidence. |
| 4:06 p.m. | **Court admits Exhibit D-68 into evidence.** |
| 4:28 p.m. | **Plaintiff calls their 6th witness: David Eaton.** |
| 4:28 p.m. | **Direct Examination: David Eaton.** |
| 4:38 p.m. | Atty. Graff presents Exhibit D-89 (Stipulated 35) to the witness and moves to admit into evidence. |
| 4:38 p.m. | **Court admits Exhibit D-89 into evidence.** |
| 4:48 p.m. | **Cross Examination: David Eaton.** |
| 4:54 p.m. | Atty. Finger presents Exhibit D-81 to the witness. |
| 5:08 p.m. | Court discusses the order of proof. |
| 5:10 p.m. | Court turns to deposition testimony. |
| 5:15 p.m. | Court turns to repetitive issues. |