# JURY TRIAL MINUTES

*CASE NAME:*

| Kathleen Curns, et al. | VS | Walmart Stores, Inc. |
|---|---|---|

*CAUSE*: 42:2000e Job Discrimination (Employment)     *DATE*:  June 10, 2010

*PROCEEDING:*        Jury Trial

*LAW CLERKS*:  _____     *CASE NUMBER:*  1:06-cv-1336  (GLS/DRH)

*TRIAL DATE:*  **/**/**      *STENO*:      Theresa Casal

Note:     None

| PRINT NAME | FIRM NAME | PARTY: |
|---|---|---|
| Andrew Goodstadt, Esq.<br>Ariel Graff, Esq. | Thompson, Wigdor Law Firm | Plaintiffs |
| Joel L. Finger, Esq.<br>Scott Forman, Esq. | Littler, Mendelson Law Firm | Defendant |

BEGINNING TIME:    9:00 A.M.            END TIME: 2:15 P.M,

9:00 a.m.   **Cross-Examination: David Eaton continues.**
9:02 a.m.   Atty. Finger presents Exhibit D-44 to the witness and moves to admit into evidence.
9:03 a.m.   **Court admits Exhibit D-44 into evidence.**
9:05 a.m.   Atty. Finger presents Exhibit D-90 to the witness and moves to admit into evidence.
9:06 a.m.   **Court admits Exhibit D-44 into evidence.**
9:07 a.m.   Atty. Finger presents Exhibit P-78 to the witness and moves to admit into evidence.
9:07 a.m.   **Court admits Exhibit P-78 into evidence.**
9:10 a.m.   Atty. Finger presents Exhibit D-98 to the witness and moves to admit into evidence.
9:11 a.m.   **Court admits Exhibit D-98 into evidence.**
9:11 a.m.   Atty. Finger presents Exhibit D-78 to the witness and moves to admit into evidence.

| Time | Event |
|---|---|
| 9:12 a.m. | **Court admits Exhibit D-78 into evidence.** |
| 9:15 a.m. | Atty. Finger presents Exhibit D-81 to the witness. |
| 9:17 a.m. | Atty. Finger presents Exhibit D-45 to the witness and moves to admit into evidence. |
| 9:18 a.m. | Court admits Exhibit D-45 into evidence. |
| 9:22 a.m. | Atty. Finger presents Exhibit D-39 to the witness and moves to admit into evidence. |
| 9:23 a.m. | **Court admits Exhibit D-39 into evidence.** |
| 9:24 a.m. | Atty. Finger presents Exhibit D-135 to the witness and moves to admit into evidence. |
| 9:25 a.m. | **Court admits Exhibit D-135 into evidence.** |
| 9:27 a.m. | Atty. Finger presents Exhibit D-93 to the witness and moves to admit into evidence. |
| 9:28 a.m. | **Court admits Exhibit D-93 into evidence.** |
| 9:29 a.m. | Atty. Finger presents Exhibit D-99 to the witness and moves to admit into evidence. |
| 9:30 a.m. | **Court admits Exhibit D-99 into evidence.** |
| 9:32 a.m. | **Redirect Examination: David Eaton.** |
| 9:41 a.m. | Atty. Graff presents Exhibit P-200 to the witness and moves to admit into evidence. |
| 9:43 a.m. | **Court admits Exhibit P-200 into evidence.** |
| 9:46 a.m. | **Recross Examination: David Eaton.** |
| 9:48 a.m. | **Redirect Examination: David Eaton.** |
| 9:50 a.m. | **Plaintiffs call their 7th witness: Randall Sims by deposition.** |
| 10:23 a.m. | Atty. Goodstadt moves to admit Exhibit D-115 into evidence. |
| 10:24 a.m. | **Court admits Exhibit D-115 into evidence.** |
| 11:07 a.m. | **Cross Examination: Randall Sims by videotape deposition.** |
| 12:08 p.m. | **Redirect Examination: Randall Sims by deposition.** |
| 12:17 p.m. | **Court admits Exhibits D-17, 64, 65, 69 and 106 into evidence.** |
| 12:18 p.m. | Atty. Forman discusses issue of deposition. |
| 12:20 p.m. | Court addresses deposition issue with plaintiffs' counsel. |
| 12:21 p.m. | Atty. Goodstadt addresses that issue with the court. |
| 12:21 p.m. | Court addresses this issue with the parties. |
| 1:15 p.m. | Plaintiff proposes to take Stacy Wiggins out of order. |
| 1:15 p.m. | Court turns to Wiggins deposition out of order. |
| 1:15 p.m. | Atty. Forman discusses issue with the court. |
| 1:15 p.m. | Court inquires of final designation to the defendant. |
| 1:15 p.m. | Atty. Goodstadt discusses final designation. |
| 1:16 p.m. | Court addresses the progression of the case. |

| | |
|---|---|
| 1:20 p.m. | **Court admits Exhibit D-230 into evidence.** |
| 1:25 p.m. | **Plaintiffs call their 8th Witness: Alton Jenkins.** |
| 1:28 p.m. | **Direct Examination: Alton Jenkins.** |
| 1:31 p.m. | Atty. Graff presents Exhibit D-68 to the witness. |
| 1:38 p.m. | Atty. Graff moves to admit Exhibit D-101 into evidence. |
| 1:39 p.m. | **Court admits Exhibit D-101 into evidence.** |
| 1:46 p.m. | **Cross-Examination: Alton Jenkins.** |
| 1:58 p.m. | **Redirect Examination: Alton Jenkins.** |
| 2:10 p.m. | Court turns to the progression of the case from the plaintiffs and the defendant. |
| 2;10 p.m. | Court addresses the parties. |