# JURY TRIAL MINUTES

*CASE NAME:*

| Kathleen Curns, et al. | VS | Walmart Stores, Inc. |
|---|---|---|

*CAUSE*: 42:2000e Job Discrimination (Employment)    *DATE*:  June 11, 2010

*PROCEEDING:*          Jury Trial

*LAW CLERKS*:  _____          *CASE NUMBER:*  1:06-cv-1336  (GLS/DRH)

*TRIAL DATE:*   **/**/**        *STENO*:      Theresa Casal

Note:     None

| PRINT NAME | FIRM NAME | PARTY: |
|---|---|---|
| Andrew Goodstadt, Esq. <br> Ariel Graff, Esq. | Thompson, Wigdor Law Firm | Plaintiffs |
| Joel L. Finger, Esq. <br> Scott Forman, Esq. | Littler, Mendelson Law Firm | Defendant |

BEGINNING TIME:    8:30 A.M.           END TIME: 3:50 P.M,

8:30 a.m.  Court inquires of the parties on the status of the issues with the deposition of Wiggins.
8:30 a.m.  Atty. Forman addresses the issues with the court.
8:32 a.m.  Atty. Goodstadt addresses the issues with the court.
8:33 a.m.  Court gives rulings on the issues.
9:00 a.m.  **Plaintiff calls 9th Witness: Stacey Wiggins by deposition.**
9:13 a.m.  Atty. Goodstadt discusses Exhibit D-2 and 29.
9:34 a.m.  Atty. Goodstadt moves to admit P-34 into evidence.
9:34 a.m.  Court states P-34 is already admitted into evidence.
9:38 a.m.  **Cross Examination: Stacey Wiggins by deposition.**
9:50 a.m.  **Redirect Examination: Stacey Wiggins by deposition.**
9:53 a.m.  Plaintiff rests.
9:53 a.m.  Court reserves defendant's motions.
9:53 a.m.  Defendant calls 1st witness: Don Quinn.
9:58 a.m.  Atty. Finger presents Exhibit D-81 to the witness.

10:03 a.m. **Cross-Examination: Don Quinn.**
10:07 a.m. Atty. Goodstadt presents Exhibit D-81 to the witness.
10:08 a.m. **Redirect Examination: Don Quinn.**
10:09 a.m. **Recross Examination: Don Quinn.**
10:09 a.m. Atty. Forman moves to admit Exhibits D-164 and 165 into evidence.
10:10 a.m. **Court admits Exhibits D-164 and 165 into evidence.**
10:13 a.m. **Defendant calls 2nd Witness: Frank Washburn.**
10:13 a.m. **Direct Examination: Frank Washburn**.
11:08 a.m. Atty. Forman presents Exhibits D-29, 71 and 75 to the witness.
11:23 a.m. Atty. Forman presents Exhibit D-231 to the witness and moves to admit into evidence.
11:25 a.m. **Court admits Exhibit D-231 into evidence.**
11:26 a.m. Atty. Forman presents Exhibit D-232 to the witness and moves to admit into evidence.
11:26 a.m. **Court admits Exhibit D-231 into evidence.**
11:30 a.m. Atty. Forman presents Exhibit D-72 to the witness.
11:37 a.m. Atty. Forman presents Exhibit D-225 to the witness and moves to admit into evidence.
11:38 a.m. **Court admits Exhibit D-225 into evidence.**
11:41 a.m. Atty. Forman presents Exhibit D-226 to the witness and moves to admit into evidence.
11:42 a.m. **Court admits Exhibit D-226 into evidence.**
11:58 a.m. Atty. Forman presents Exhibits D-46 and 49 to the witness and moves to admit into evidence.
11:59 a.m. **Court admits Exhibits D-46 and 49 into evidence.**
12:01 p.m. Atty. Forman presents supplemental charge to the court.
1:02 p.m. **Cross-Examination: Frank Washburn.**
1:11 p.m. Atty. Graff presents Exhibit P-96 to the witness and moves into evidence.
1:13 p.m. Atty. Forman objects.
1:13 p.m. Court sustains the objection.
1:22 p.m. Atty. Graff presents Exhibit D-100 to the witness.
1:37 p.m. Atty. Graff presents Exhibit P-61 to the witness.
1:53 p.m. Atty. Graff presents Exhibit P-140 to the witness.
1:57 p.m. **Redirect Examination: Frank Washburn.**
2:01 p.m. **Recross-Examination: Frank Washburn.**
2:03 p.m. Defendant rests.
2:03 p.m. Government has no rebuttal.
2:05 p.m. Court turns to motions and claims.
2:25 p.m. Court turns to disclaimer to mean Rule 50 motion.

2:45 p.m.   Atty. Forman presents defendant's Rule 50 motion.
2:59 p.m.   Atty. Graff presents plaintiffs' response to the Rule 50 motion.
3:02 p.m.   Court rules on the Rule 50 motion.
3:30 p.m.   Court conducts charge conference.
3:50 p.m.   Court concludes the charge conference.