# JURY TRIAL MINUTES

*CASE NAME:*

| Kathleen Curns, et al. | VS | Walmart Stores, Inc. |
|---|---|---|

*CAUSE*: 42:2000e Job Discrimination (Employment)     *DATE*: June 14, 2010

*PROCEEDING:*     Jury Trial

*LAW CLERKS*: _____     *CASE NUMBER:*  1:06-cv-1336  (GLS/DRH)

*TRIAL DATE:*   \*\*/\*\*/\*\*     *STENO*:     Theresa Casal

Note:     None

| PRINT NAME | FIRM NAME | PARTY: |
|---|---|---|
| Andrew Goodstadt, Esq.<br>Ariel Graff, Esq. | Thompson, Wigdor Law Firm | Plaintiffs |
| Joel L. Finger, Esq.<br>Scott Forman, Esq. | Littler, Mendelson Law Firm | Defendant |

BEGINNING TIME:     8:50 A.M.          END TIME: 4:00 P.M,

8:45 a.m.   Court discusses charges with the parties.
9:00 a.m.   Defendant's summation.
9:47 a.m.   Plaintiffs' summation
11:25 a.m.  Court charges the jury.
12:00 p.m.  Jury sent into deliberations.
3:45 p.m.   Court receives 1st jury note.
3:55 p.m.   Court advises parties the jury have reached a verdict.
3:55 p.m.   Court reads the jury verdict.