UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KATHLEEN CURNS and
LINDA ZUKAITIS,

        Plaintiffs,

v().                                      1:06-cv-1336
                                          (GLS)

WAL-MART STORES, INC.,

        Defendant.

---

## VERDICT FORM

**PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON. THE QUESTIONS MUST BE ANSWERED UNANIMOUSLY.**

There should be a total of five (5) pages in this Verdict Form Packet, including this sheet.

1

## MS. CURNS'S CLAIMS

### I. LIABILITY

**Question 1:** Has Ms. Curns proved, by a preponderance of the evidence, that Wal-Mart discriminated against her on the basis of her gender?

_____ Yes    ✓ No

*Please proceed to Question 2.*

**Question 2:** Has Ms. Curns proved, by a preponderance of the evidence, that Wal-Mart discriminated against her on the basis of her age?

_____ Yes    ✓ No

*Please proceed to Question 3.*

**Question 3:** Has Ms. Curns proved, by a preponderance of the evidence, that Wal-Mart retaliated against her?

_____ Yes    ✓ No

*If your answer to Question 1, 2, or 3 is "Yes," please proceed to Question 4.*

*If your answer to Question 1, 2, and 3 is "No," please proceed to Question 5.*

## II. DAMAGES (Curns)

**Question 4:**     What amount of compensatory damages do you award Ms. Curns as a consequence of being retaliated against and/or discriminated against on the basis of gender or age?

Note: If you find no compensatory damages, you must award $1.00.

$_____

**Please proceed to Question 5 on the next page.**

## MS. ZUKAITIS'S CLAIMS

### I. LIABILITY

**Question 5:** Has Ms. Zukaitis proved, by a preponderance of the evidence, that Wal-Mart discriminated against her on the basis of her gender?

_____ Yes        ✓ No

*Please proceed to Question 6.*

**Question 6:** Has Ms. Zukaitis proved, by a preponderance of the evidence, that Wal-Mart discriminated against her on the basis of her age?

_____ Yes        ✓ No

*If your answer to Question 5 or 6 is "Yes," please proceed to Question 7 on the last page.*

*If your answer to Question 5 and 6 is "No," please proceed to the last page.*

4

## II. DAMAGES (Zukaitis)

**Question 7:**   What amount of compensatory damages do you award Ms. Zukaitis as a consequence of being discriminated against on the basis of gender or age?

Note:  If you find no compensatory damages, you must award $1.00.

$_____

**YOUR DELIBERATIONS ARE COMPLETE.**

**REPORT YOUR VERDICT TO THE MARSHAL.  PLEASE REMEMBER TO DATE AND SIGN THIS VERDICT SHEET.   THANK YOU.**

_6/14/10_
Date

_[signature]_
Foreperson

5