United States District Court
For The Northern District Of New York

Case No. __06 Civ. 1336__
Date: _____
Presiding Judge: __Hon. Gary L. Sharpe__

(x) Plaintiff          ( ) Defendant          ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | Home Office Performance Appraisal for Linda Zukaitis dated March 2, 2001 (P_270-5) |
| P-2 | 6/8/10 | 6/8/10 | | Linda Zukaitas | Home Office Performance Appraisal for Linda Zukaitis dated March 7, 2002 (P_263-9) |
| P-3 | 6/8/10 | 6/8/10 | | Linda Zukaitas | Home Office Performance Appraisal for Linda Zukaitis dated March 11, 2003 (P_257-62) |
| P-4 | 6/7/10 | 6/7/10 | | Kathleen Curns | Wal-Mart Home Office Performance Appraisals for Kathleen Curns dated March 14, 2003 (P_118-23) |
| P-5 | 6/8/10 | 6/8/10 | | Linda Zukaitas | Home Office Performance Appraisal dated February 9, 2004 (P_248-53) |
| P-6 | 6/7/10 | 6/7/10 | | Kathleen Curns | Lowest Shrink Percent YTD Award (P_143) |
| P-7 | | | | | Reduction in Force Guidelines from Store and Club Management dated December 23, 2004 (P_79-80) |
| P-8 | | | | | Wal-Mart Statement of Ethics (D_555-7) |
| P-9 | | | | | Performance Evaluation for Shoes and Jewelry District Manager/Regional (D_1410-12) |
| P-10 | 6/8/10 | 6/8/10 | | Linda Zukaitas | Performance Evaluation for Linda Zukaitis (P_244-6) |
| P-11 | | | | | Email to Frank Washburn dated May 5, 2005 regarding Shoes and Jewelry DM Transition (D_2921) |
| P-12 | | | | | Email from Debra Hartenstein dated May 9, 2005 (P_78) |

Exhibits Returned to Counsel (Date): __6/14/10__
Signature: _Returned to plaintiffs' counsel at the conclusion of the trial._

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-13 | | | | | Memo from Frank Washburn to All Management dated May 12, 2005 regarding Structure Change Announcement (P_77) |
| P-14 | | | | | Email from Debra Goldfarb dated May 12, 2005 regarding Talking Points for Department Managers (P_124-5) |
| P-15 | | | | | Memo from Frank Washburn to Regional Vice Presidents with cc to Regional Personnel Managers dated May 13, 2005 regarding Revised Phase 2 Districts (D_1587-8) |
| P-16 | | | | | Email from Management Career Selection to Kathleen Curns dated May 15, 2005 (P_9) |
| P-17 | | | | | Phase 2 Revised Chart (D_1596-9) |
| P-18 | | | | | Email from Management Career Selection re Your MCS Application (P_13) |
| P-19 | | | | | Email from Micah Hawk dated May 31, 2005 (D_2396) |
| P-20 | | | | | PCN for John Morgans (D_1408) |
| P-21 | | | | | Email from Management Career Selection to Kathleen Curns regarding receipt of application for District Fashion Merchandising position (P_7) |
| P-22 | | | | | Email from Frank Washburn to Gwen Cannon and Alfred Rodriguez regarding Transition plan for remaining Shoe and Jewelry District Managers (D_2922) |
| P-23 | 6/9/10 | 6/9/10 | | Linda Zukaitas | Request for Leave of Absence from Linda Zukaitis dated July, 1, 2005 (P_192) |
| P-24 | | | | | Email from Karen Edgmon to Micah Hawk dated July 15, 2005 (D_2394) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-25 | 6/9/10 | 6/9/10 | | Linda Zukaitas | Second Notice given to Linda Zukaitis from Micah Hawk dated July 20, 2005 (P_191) |
| P-26 | | | | | Request for Leave of Absence from Linda Zukaitis dated July 27, 2005 (P_166) |
| P-27 | | | | | Letter from Linda Zukatis to Micah Hawk dated July 28, 2005 regarding assistant manager position (P_165) |
| P-28 | | | | | Letter from Micah Hawk to Linda Zukaitis dated July 29, 2005 regarding assistant manager position (P_164) |
| P-29 | | | | | E-mail to David Eaton from Micah Hawk dated August 2, 2005 (D_2381) |
| P-30 | | | | | Emails between Micah Hawk and George Sherrill dated August 29, 2005 (D_2357-8) |
| P-31 | 6/8/10 | 6/8/10 | | Kathleen Curns | Email from Kathleen Curns to Karen Edgmon dated September 2, 2005 (P_21) |
| P-32 | | | | | Email from Karen Edgmon to Kathleen Curns dated September 6, 2005 (P_19) |
| P-33 | | | | | Email from Karen Edgmon dated September 6, 2005 regarding Email from Kathleen Curns (P_20) |
| P-34 | 6/8/10 | 6/8/10 | | Kathleen Curns | Email from Stacy Wiggins dated September 11, 2005 regarding Kathleen Curns – Store 2262 (P_16) |
| P-35 | | | | | E-mail from Micah Hawk dated September 21, 2005 to Kathleen Curns regarding Cobleskill Co-Manager position (P_11) |
| P-36 | | | | | E-mail from Management Career Selection dated September 21, 2005 regarding application for Co-Manager position (P_18) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-37 | | | | | Email from Kathleen Curns to Micah Hawk dated September 26, 2005 (P_12) |
| P-38 | | | | | Email from Micah Hawk to Kathleen Curns dated September 26, 2005 (P_17) |
| P-39 | | | | | Email from Kathleen Curns to Micah Hawk (P_15) |
| P-40 | | | | | EEOC Charge of Discrimination for Kathleen Curns (P_43-4) |
| P-41 | | | | | E-mail from Management Career Selection dated October 8, 2005 regarding receipt of application for Co-Manager position (P_6) |
| P-42 | | | | | EEOC Charge of Discrimination for Linda Zukaitis (P_50) |
| P-43 | | | | | Amendment to EEOC Charge of Discrimination for Linda Zukaitis (D_2295) |
| P-44 | | | | | New York Times article dated October 26, 2005 regarding Wal-Mart Memo Suggests Ways to Cut Employee Benefit Costs |
| P-45 | | | | | Amendment to EEOC Charge of Discrimination for Kathleen Curns dated July 8, 2006 (D_2267) |
| P-46 | | | | | Email from Management Career Selection dated October 14, 2006regarding receipt of application for the APC-Non-Metro (WM) position (P_10) |
| P-47 | | | | | Complaint |
| P-48 | | | | | Completed Training Report for Stacy Wiggins (D_895-8) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-49 | | | | | Completed Training Report for Randall Sims (D_892-4) |
| P-50 | | | | | Completed Training Report for Alton Jenkins (D_899-901) |
| P-51 | 6/4/06 | | | | Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories |
| P-52 | | | | | Kathleen Curns Exit Interview dated June 23, 2008 (D_2561) |
| P-53 | 6/7/10 | 6/7/10 | | Kathleen Curns | Letter from Micah Hawk to Kathleen Curns regarding assistant manager position (D_2324) |
| P-54 | | | | | Wal-Mart document entitled "Our Beliefs" (D_2307) |
| P-55 | 6/4/10 | 6/4/10 | | Micah Hawk | Table 2: Applicants for Fashion Merchandiser Positions for which Linda Zukaitis Applied |
| P-56 | | | | | Associate History Profile for Brian Ratliff (D_1140-1) |
| P-57 | | | | | Candidate Information Sheet (D_1609) |
| P-58 | | | | | Wal-Mart EEOC Position Statement (D_2298-2312) |
| P-59 | | | | | Position Applied for By Linda Zukaitis - Applicant Question & Answer (D_1667; D_1694-1700; D_1753-9) |
| P-60 | | | | | Associate History Profile for Shawn Early (D_1517) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-61 | 6/11/10 | | | Frank Lebshur | Wal-Mart EEOC Position Statement (D_2277 – 88) |
| P-62 | | | | | Associate History Profile John Morgans (D_1400-1) |
| P-63 | 6/14/10 | 6/14/10 | | McLaughlin | Positions Applied for by Kathleen Curns – Applicant Questions and Answers (D_1947-66) |
| P-64 | | | | | Completed Training Report for David Eaton (D_885-7) |
| P-65 | | | | | Associate History Profile for Kathy Schubert (D_1308-9) |
| P-66 | | | | | MCS - Print Interview of Kathleen Curns and handwritten notes (D_2494-2500) |
| P-67 | | | | | MCS - Print Interview for Kathy Schubert (D_2501-4) |
| P-68 | | | | | Associate Profile and Candidate Information Sheet for Daniel Houde (D_1835-7; D_1834) |
| P-69 | | | | | Associate Profile for Brian Woodward (D_1909-10) |
| P-70 | | | | | MCS - Print Interview for Brian Woodward and handwritten notes (D_2399-2403) |
| P-71 | | | | | MCS - Print Interview for Kathleen Curns and handwritten notes (D_2405-9) |
| P-72 | | | | | PCN for Kathleen Curns (D_910) |

Exhibits Returned to Counsel (Date): _____
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-73 | 6/7/10 | 6/7/10 | | Kathleen Curns | Home Office Performance Appraisal for Kathleen Curns as District Manager (P_128-133) |
| P-74 | | | | | Job Opening Details (D_1804-7) |
| P-75 | 6/7/10 | 6/7/10 | | Kathleen Curns | Associate History Profile for Kathleen Curns (D_2573-4) |
| P-76 | | | | | Associate History Profile for Dewey Loren (D_2575-6) |
| P-77 | | | | | Associate History Profile for Brian Woodward (D_2577-8) |
| P-78 | 6/10/10 | 6/10/10 | | David Eaton | Associate History Profile for Kathy Schubert (D_2579-80) |
| P-79 | | | | | Associate History Profile for Linda Zukaitis (D_2581-2) |
| P-80 | | | | | Associate History Profile for Dewey Loren (D_2583-4) |
| P-81 | | | | | Associate History Profile for Edward Narrod III (D_2585-6) |
| P-82 | | | | | Associate History Profile for Laurie Bennett (D_2587-8) |
| P-83 | | | | | Associate History Profile for Ronald Oriel, Jr. (D_2589-90) |
| P-84 | | | | | Associate History Profile for Shawn Earley (D_25912) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-85 | | | | | Associate History Profile for Brian Ratliff (D_2593-4) |
| P-86 | | | | | Associate History Profile for Ralph Holden (D_2595-6) |
| P-87 | | | | | Associate History Profile for Daniel Houde (D_2597-8) |
| P-88 | | | | | Associate History Profile for John Morgans (D_2599-2600) |
| P-89 | | | | | Associate History Profile for Sabrena Towne (D_2601-2) |
| P-90 | | | | | Associate History Profile for Kathleen Curns (D_2603-4) |
| P-91 | | | | | PCN For Kathleen Curns (D_2605) |
| P-92 | | | | | PCN For Sabrena Towne (D_2606) |
| P-93 | | | | | Earnings History Report (D_2607-2842) |
| P-94 | | | | | Shawn Earley Optionee Statement (D_2895) |
| P-95 | | | | | Kathy Laumeyer Optionee Statement (D_2896) |
| P-96 | 6/11/10 | | Objection sustained | Frank Wishbow | John Morgans Optionee Statement (D_2897) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-97 | | | | | Brian Ratliff Optionee Statement (D_2898) |
| P-98 | | | | | Sabrena Towne Optionee Statement (D_2899) |
| P-99 | | | | | Shawn Early Optionee Statement (D_2900) |
| P-100 | | | | | Kathy Laumeyer Optionee Statement (D_2901) |
| P-101 | | | | | John Morgans Optionee Statement (D_2902) |
| P-102 | | | | | Brian Ratliff Optionee Statement (D_2903) |
| P-103 | | | | | Sabrena Towne Optionee Statement (D_2904) |
| P-104 | | | | | Laurie Bennett Optionee Statement (D_2905) |
| P-105 | | | | | Web-Based Management Career Selection (D_2906-20) |
| P-106 | | | | | Letter from Daniel Houde to Kathleen Curns (P_1) |
| P-107 | 6/8/10 | 6/8/10 | | Kathleen Curns | Kathleen Curns W-2 Wage and Statement Forms (P_2-5) |
| P-108 | 6/7/10 | 6/7/10 | | Kathleen Curns | Management Performance Appraisal of Kathleen Curns (P_1019-21) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-109 | | | | | Performance Evaluation for Kathleen Curns (P_148-150) |
| P-110 | | | | | Letter from Tracy Fleming re Kathleen Curns (P_151) |
| P-111 | | | | | Division 11 & 15 Mid-Year Review YTD – 00 (P_277-80) |
| P-112 | | | | | W2 forms for Linda Zukaitis 1995 (P_163) |
| P-113 | | | | | W2 forms for Linda Zukaitis 1996 (P_162) |
| P-114 | | | | | W2 forms for Linda Zukaitis 1997 (P_161) |
| P-115 | | | | | W2 forms for Linda Zukaitis 1998 (P_160) |
| P-116 | | | | | W2 forms for Linda Zukaitis 1999 (P_159) |
| P-117 | | | | | W2 forms for Linda Zukaitis 2000 (P_158) |
| P-118 | | | | | W2 forms for Linda Zukaitis 2001 (P_157) |
| P-119 | | | | | W2 forms for Linda Zukaitis 2002 (P_156) |
| P-120 | | | | | W2 forms for Linda Zukaitis 2003 (P_154) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-121 | | | | | W2 forms for Linda Zukaitis 2004 (P_155) |
| P-122 | | | | | W2 forms for Linda Zukaitis 2005 (P_152) |
| P-123 | | | | | W2 forms for Linda Zukaitis 2006 (P_153) |
| P-124 | 6/9/10 | 6/9/10 | | Linda Zukaitis | Resume of Linda Zukaitis (P_167-8) |
| P-125 | 6/7/10 | 6/7/10 | | Kathleen Curns | Management Salary Increase (P_135-6) |
| P-126 | 6/7/10 | 6/7/10 | | Kathleen Curns | Management Salary Increase for Kathleen Curns (P_147) |
| P-127 | | | | | Management Salary Increase for Linda Zukaitis (P_247) |
| P-128 | | | | | Management Salary Increase for Linda Zukaitis (P_255) |
| P-129 | | | | | Management Salary Increase for Linda Zukaitis (P_256) |
| P-130 | | | | | Management Salary Increase (P_276) |
| P-131 | | | | | Management Salary Increase (P_281) |
| P-132 | | | | | Letter from Micah Hawk to Linda Zukaitis (P_198) |

Exhibits Returned to Counsel (Date): _____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-133 | 6/8/10 | 6/8/10 | | Linda Zukaitis | Wal-Mart Award received by Linda Zukaitis (P_238) |
| P-134 | | | | | District 187 Leadership Survey Details for Linda Zukaitis (P_239-43) |
| P-135 | | | | | Linda Zukaitis Current Base Salary (P_288) |
| P-136 | | | | | Management Performance Appraisal (P_282-87 P_289-91) |
| P-137 | | | | | 2005 Form 10-K (Wal-Mart) |
| P-138 | | | | | 2009 Form 10-K (Wal-Mart) |
| P-139 | | | | | Out With The Old: Wal-Mart's Year-Long Pursuit Of A Younger, Cheaper Workface |
| P-140 | 6/11/10 | | | Frank Washburn | Supplemental Benefits Documentation |
| P-141 | | | | | Wal-Mart Nationwide Consent Decree ADA |
| P-142 | 6/7/10 | 6/7/10 | | Kathleen Curns | Kathleen Curns Performance Evaluation for Shoes and Jewelry District Manager/Regional (D_1016-18) |
| P-143 | | | | | Completed Training Report for Kathleen Curns (D_912-15) |
| P-144 | 6/9/10 | 6/9/10 | | Micah Hawk | Applicants for Fashion Merchandiser Positions for which Linda Zukaitis applied |
| P-145 | | | | | MCS Job Opening Details (D_1830) |
| P-146 | 6/9/10 | 6/8/10 | | Linda Zukaitis | Wal-Mart Severance Pay Plan (P_193-97) |
| P-147 | | | | | Kathleen Curns Performance Evaluation for Assistant Store Manager (D_1019-21) |

Exhibits Returned to Counsel (Date): _____
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-148 | | | | | Positions Applied for by Zukaitis (D_1658-66) |
| P-149 | | | | | Positions Applied for by Zukaitis – Applicant Questions and Answers (D_1667-798) |
| P-150 | | | | | Positions Applied for by Curns (D_1931-46) |
| P-151 | | | | | Positions Applied for by Curns – Applicant Questions and Answers (D_1947-2251) |
| P-152 | | | | | Morgans 2005 Performance Evaluation (D_1410-12) |
| P-153 | | | | | Morgans 2004 Performance Evaluation (D_1431-32) |
| P-154 | | | | | Job Description for Fashion Merchandiser Position (P_105) |
| P-200 | 6/10/10 | 6/10/10 | | David Eaton | Email Chain |
| | | | | | |

Exhibits Returned to Counsel (Date): _____
Signature:_____