**United States District Court**
**For the Northern District of New York**

Case No.: <u>06-cv-01336(GLS)(DRH)</u>
Date: _____
Presiding Judge: <u>Honorable Gary L. Sharpe</u>

( ) Plaintiff                    ( X ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1 | | | | | Wal-Mart 2005 Associate Guide. (D00000181-374) |
| D-2 | | | | | Wal-Mart Open Door Communications Policy PD-27 (D00000586-588) |
| D-3 | | | | | Wal-Mart Harassment/Discrimination /Inappropriate Conduct Policy PD-19 (D00000592-595) |
| D-4 | | | | | Wal-Mart Discrimination & Harassment Prevention Policy PD-19. (D00000596-598) |
| D-5 | | | | | Wal-Mart Americans with Disabilities Act Policy PD-58 (D00000602-611) |
| D-6 | | | | | Wal-Mart Leave of Absence Policy PD-24 Revised 8/1/02 (D00000617-628) |

Exhibits Returned to Counsel (Date): 6 | 14 | 10
Signature: _Returned to defense counsel at the conclusion of the trial_

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-7 | | | | | Wal-Mart Leave of Absence Policy PD-24 (D00000629-640) |
| D-8 | | | | | Sexual Harassment Management CBL (D00000672-700) |
| D-9 | | | | | ADA CBL Module – Management (D00000837-853) |
| D-10 | | | | | ADA Manager Training CBL (D00000868-879) |
| D-11 | | | | | Wal-Mart Company Equipment Usage Policy PD-54 (D00000902-903) |
| D-12 | | | | | Wal-Mart Company Equipment Usage Policy PD-54 (D00000904-905) |
| D-13 | | | | | Wal-Mart Company Equipment Usage Policy PD-54 (D00000906-907) |
| D-14 | | | | | Completed Training Report for Donald Quinn (D00000880-884) |
| D-15 | | | | | Completed Training Report for Patti Allen (D00000888-891) |
| D-16 | | | | | Completed Training Report for David Eaton (D00000885-887) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-17 | 6/10/10 | 6/10/10 | | Randall Sims Dep | Completed Training Report for Randall Sims (D00000892-894) |
| D-18 | | | | | Completed Training Report for Alton Jenkins (D00000899-901) |
| D-19 | | | | | Completed Training Report for Stacy Wiggins (D00000895-898) |
| D-20 | | | | | Completed Training Report for Kathleen Curns (D00000912-915) |
| D-21 | | | | | Wal-Mart Job Application for Kathleen Curns (D00000942-943) |
| D-22 | | | | | Acknowledgment of Wal-Mart handbook signed by Kathleen Curns dated July 14, 1995 (D00000949) |
| D-23 | | | | | Acknowledgment of Wal-Mart handbook signed by Kathleen Curns dated April 25, 2001 (D00001007) |
| D-24 | | | | | Wal-Mart Job Acceptance for position of Shoe Department Manager for Kathleen Curns dated July 12, 1995 (D00000960) |
| D-25 | | | | | PCN for Kathleen Curns dated August 20, 2005 (D00000911) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-26 | | | | | PCN for Kathleen Curns dated June 28, 2005 (D00000919) |
| D-27 | | | | | E-mail from Debra Goldfarb dated May 12, 2005 regarding Talking Points for Department Managers (P124-125) |
| D-28 | | | | | Wal-Mart Structure Change Announcement dated May 12, 2005 (P106) |
| D-29 | 6/7/10 | 6/7/10 | | Kathleen Curns | Wal-Mart Job Description for Fashion Merchandiser dated May 2005 (D00001600-1602) |
| D-30 | | | | | Wal-Mart Leave of Absence Packet (P86-95) |
| D-31 | | | | | Letter from Micah Hawk to Kathleen Curns (undated) regarding job offer and granting leave of absence request (P104) |
| D-32 | 6/7/10 | 6/7/10 | | Kathleen Curns | Letter from Kathleen Curns dated July 13, 2005 accepting position of Assistant Manager D-33(D00002323) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-33 | | | | | E-mail from Micah Hawk to Kathleen Curns dated September 26, 2005 regarding exception for Co-Manager position (P17) |
| D-34 | | | | | E-mail from Micah Hawk to Kathleen Curns dated September 28, 2005 regarding exception for Co-Manager position (P15) |
| D-35 | | | | | E-mail from Management Career Selection dated October 8, 2005 regarding receipt of application for Co-Manager position (P6) |
| D-36 | 6/9/10 | 6/9/10 | | Margaret Daniel | Associate History Profile (HPRO) for Kathleen Curns (D00000908-909) |
| D-37 | | | | | Associate History Profile (HPRO) for Linda Zukaitis (D00002581-2582) |
| D-38 | | | | | Associate History Profile (HPRO) for Kathy Schubert Laumeyer (D00001308-1309) |
| D-39 | 6/10/10 | 6/10/10 | | David Eaton | Associate History Profile (HPRO) for Brian Woodward (D00001909-D00001910) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-40 | | | | | Associate History Profile (HPRO) for Loren Dewey (D00002575-2576) |
| D-41 | | | | | Associate History Profile (HPRO) for Sabrena Hendricks Towne (D00002601-2602) |
| D-42 | | | | | PCN for Sabrena Hendricks Towne dated April 17, 2007 (D00002606) |
| D-43 | 6/9/10 | 6/9/10 | | Margaret Daniel | Associate History Profile (HPRO) for John Morgans (D00001400-1401) |
| D-44 | 6/10/10 | 6/10/10 | | David Eaton | Associate History Profile (HPRO) for Daniel Houde (D00001835-D00001837) |
| D-45 | 6/10/10 | 6/10/10 | | David Eaton | Associate History Profile (HPRO) for Ralph Holden (D00001927-D00001928) |
| D-46 | 6/11/10 | 6/11/10 | | Frank Washburn | Associate History Profile (HPRO) for Brian Ratliff (D00001140-1141) |
| D-47 | 6/8/10 | 6/8/10 | | Linda Zukaitas | Associate History Profile (HPRO) for Shawn Earley (D00001517-1518) |
| D-48 | 6/8/10 | 6/8/10 | | Linda Zukaitas | Associate History Profile (HPRO) for Ronald Oriel (D00002589-2590) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-49 | 6\|11\|10 | 6\|11\|10 | | Frank Washburn | Associate History Profile (HPRO) for Laurie Bennett (D00002587-2588) |
| D-50 | 6\|8\|10 | 6\|8\|10 | | Linda Zukaitas | Associate History Profile (HPRO) for Edward Narrod (D00002585-2586) |
| D-51 | | | | | Earnings History Report for Kathleen Curns (D00002830-2842) |
| D-52 | | | | | Earnings History Report for Linda Zukaitis (D00002826-2829) |
| D-53 | | | | | Walmart Profit Sharing and 401(k) Plan Statements for Kathleen Curns (D00002843-2884) |
| D-54 | | | | | Walmart Profit Sharing and 401(k) Plan Statements for Linda Zukaitis (D00002885-2894) |
| D-55 | | | | | Wal-Mart Application for Employment for Linda Zukaitis (D00001039) |
| D-56 | | | | | Request for Leave of Absence for Linda Zukaitis dated May 3, 2005 D-57(D00001103) |

Exhibits Returned to Counsel (Date): _____
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-57 | 6\|9\|10 | 6\|9\|10 | | Linda Zukaitus | Letter from Micah Hawk to Linda Zukaitis (undated) regarding job offer and granting leave of absence request (P198) |
| D-58 | | | | | Letter from Micah Hawk to Linda Zukaitis dated July 20, 2005 regarding job and granting leave of absence request (P191) |
| D-59 | 6\|9\|10 | 6\|9\|10 | | Linda Zukaitus | Letter from Linda Zukaitis to Micah Hawk dated July 28, 2005 requesting an extension of leave of absence (P206) |
| D-60 | 6\|9\|10 | 6\|9\|10 | | Linda Zukaitus | Letter from Micah Hawk to Linda Zukaitis dated July 29, 2005 granting extension for leave of absence request (P164) |
| D-61 | 6\|9\|10 | 6\|9\|10 | | Linda Zukaitus | Voluntary resignation form signed by Linda Zukaitis (P205) |
| D-62 | 6\|9\|10 | 6\|9\|10 | | Linda Zukaitus | Exit Interview for Linda Zukaitis dated September 20, 2005 (D00001107) |
| D-63 | | | | | Acknowledgment of Wal-Mart handbook signed by Linda Zukaitis dated April 4, 2001 (D00001064) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-64 | 6/10/10 | 6/10/10 | | Randall Sims Depo | MCS Job Opening Detail for District 220 District Fashion Merchandiser (D00001623) |
| D-65 | 6/10/10 | 6/10/10 | | Randall Sims Depo | Job applicant listing for Co-Manager position in Store #1830 in Auburn, New York dated June 2005 (D1613) |
| D-66 | | | | | MCS interview notes for Laurie Bennett for Co-Manager position at Store #1830 in Auburn, New York dated June 2005 (D00001617-1619) |
| D-67 | | | | | Wal-Mart Job Description for District Manager (D00002252-2253) |
| D-68 | 6/9/10 | 6/9/10 | | Margaret Daniel | Associate Profile for Linda Zukaitis dated June 10, 2005 (D00001624-1625) |
| D-69 | 6/10/10 | 6/10/10 | | Randall Sims Deposition | Associate Profile for Shawn Earley dated June 10, 2005 (D00001626-1627) |
| D-70 | | | | | Memo to Frank Washburn dated May 5, 2005 regarding District Fashion Merchandiser Selection Process (D00001585) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-71 | 6\|8\|10 | 6\|8\|10 | | Kathleen Curns | E-mail from Aaron Gillingham to Dana Reynolds, Jeremy Hollis with cc to Frank Washburn dated May 12, 2005 regarding structure change announcement (D00001108-1109) |
| D-72 | 6\|9\|10 | 6\|9\|10 | | Micah Hawk | E-mail from Travis Bowman to Regional Personnel Managers-WM Stores dated May 12, 2005 regarding description for Fashion Merchandiser job postings and qualifications and eligibility requirements (D00001586) |
| D-73 | | | | | Memo from Frank Washburn to Regional Vice Presidents with cc to Regional Personnel Managers dated May 13, 2005 regarding Revised Phase 2 Districts (D00001587-1588) |
| D-74 | 6\|8\|10 | 6\|8\|10 | | Linda Zukaitas | Wal-Mart Fashion Merchandiser Position job description (D00001592) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-75 | 6/7/10 6/8/10 | 6/8/10 | | Kathleen Curns | Jewelry and Shoe Operations Transition to Division 1 (D00001593-1595) |
| D-76 | | | | Linda Zukaitus | List of Revised Phase 2 Districts dated May 16, 2005 (D00001596) |
| D-77 | | | | | List of Revised Phase 2 Districts dated May 17, 2005 (D00001598-1599) |
| D-78 | 6/10/10 | 6/10/10 | | David Eaton | Interview notes for Kathleen Curns for District Fashion Merchandiser dated June 3, 2005 (D00002490-2500) |
| D-79 | | | | | Organizational Chart for Wal-Mart Region 17 (D00001605) |
| D-80 | 6/9/10 | 6/9/10 | | Margaret Daniel | Associate History Profile (HPRO) for Kathleen Curns (D00001894-1896) |
| D-81 | 6/8/10 | 6/8/10 | This is Exhibit Stipulated 34. | Kathleen Curns | Positions Applied for by Curns (D00001931-1946) |
| D-82 | | | | | PCN for John Morgans dated June 11, 2005 (D00001408) |
| D-83 | | | | | PCN for Brian Ratliff dated June 25, 2005 (D00001144) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-84 | | | | | PCN for Kathy Schubert dated June 25, 2005 (D00001311) |
| D-85 | | | | | Associate History Profile (HPRO) for Kathy Schubert (D00002579-2580) |
| D-86 | | | | | MCS interview notes for Kathleen Schubert for District Fashion Merchandiser position dated June 3, 2005 (D00002501-2504) |
| D-87 | | | | | PCN for Shawn Earley dated June 25, 2005 (D00001521) |
| D-88 | | | | | E-mail from Micah Hawk to David Eaton dated August 2, 2005 regarding Co-Manager opening at Wal-Mart Store #2262 in Oneonta, New York (D00002381) |
| D-89 | 6/9/10 | 6/9/10 | | David Eaton | Job Opening Detail for Co-Manager at Wal-Mart Store #2262 in Oneonta, NY (D00001833) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-90 | 6/10/10 | 6/10/10 | | David Eaton | Handwritten note from David Eaton to Micah Hawk regarding suggestions for Co-Manager position at Wal-Mart Store #2262 in Oneonta, NY (D00002526) |
| D-91 | | | | | Candidate Information Sheet for Daniel Houde (D00001834) |
| D-92 | | | | | List of Applicants for Co-Manager position at Wal-Mart Store #2262 in Oneonta, NY (D00002418) |
| D-93 | 6/10/10 | 6/10/10 | | David Eaton | Interview notes for Brian Woodward for Co-Manager position dated September 28, 2005 (D00002399-2403) |
| D-94 | | | | | Interview notes for Kathleen Curns for Co-Manager position dated September 28, 2005 (D00002405-2409) |
| D-95 | | | | | PCN for Kathleen Curns (D00000910) |
| D-96 | 6/9/10 | 6/9/10 | Stipulated 40 | Linda Zukaitis | Positions Applied for by Zukaitis (D00001658-1664) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-97 | | | | | District Shoe Jewelry Manager Follow Up regarding telephone calls between Micah Hawk and Kathleen Curns, Linda Zukaitis and Bernadette Bennett (D00002397-2398) |
| D-98 | 6/10/10 | 6/10/10 | | David Eaton | E-mail from David Eaton to Micah Hawk dated June 10, 2005 regarding Eaton's choices for position of District Fashion Merchandiser (00002391) |
| D-99 | 6/10/10 | 6/10/10 | | David Eaton | E-mail from Micah Hawk to Karen Edgmon dated October 6, 2005 regarding processing job packet for position of Co-Manager for Brian Woodward (D00002326) |
| D-100 | 6/7/10 | 6/8/10 | | Kathleen Curns | Wal-Mart Job Description Store Manager/Co-Manager (D00002254-2255) |
| D-101 | 6/10/10 | 6/10/10 | | Altan Jenkins | Applicants for Co-Manager position at Store #1966 in Geneseo, NY (D00001608 and 1610) |
| D-102 | | | | | Candidate Information Sheet for Ronald Oriel, Jr. (D00001609) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-103 | | | | | Candidate Information Sheet for Edward Narrod (D00001612) |
| D-104 | | | | | Wal-Mart Job Description for Fashion Merchandiser dated April 2005 (D00001589-1591) |
| D-105 | | | | | List of Applicants for District 263 District Fashion Merchandiser position (D00001826) |
| D-106 | 6\|10\|10 | 6\|10\|10 | | Randall Sims Depositions | Associate Profile for Linda Zukaitis (D00001643-1644) |
| D-107 | | | | | Associate Profile for Kathy Schubert (D00001811-1812) |
| D-108 | | | | | Associate Profile for Shawn Earley (D00001815-1816) |
| D-109 | | | | | Associate Profile for Ralph Holden (D00001820-1821) |
| D-110 | | | | | Candidate information sheet for John Renfrew (D00001873) |
| D-111 | | | | | Associate Profile for John Renfrew (D00001874-1875) |
| D-112 | | | | | Associate Profile for John Renfrew (D00001921-1922) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-113 | | | | | List of Applicants for Co-Manager at Cobleskill store (D00001872) |
| D-114 | | | | | List of Jobs Applied for by Linda Zukaitis (D00001606-1607) |
| D-115 | 6\|10\|10 | 6\|10\|10 | | Kandall Sims Deposition | Job Opening Detail and Applicant Profiles for District Fashion Merchandiser in Region 17, District 187, Greece, NY (D00001640-1657) |
| D-116 | | | | | Job Opening Detail and Applicant Profiles for District Fashion Merchandiser Position in District 514 (D00001799) |
| D-117 | | | | | Associate Profile for Kathleen Curns, along with Interview Notes from David Eaton for the District Fashion Merchandiser Position in District 514 (D00001800-1810) |
| D-118 | | | | | Job Opening Detail and Applicant Profiles for District Fashion Merchandiser Position in District 9 (D00001822) |

Exhibits Returned to Counsel (Date): _____
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-119 | | | | | Job Opening Detail and Applicant Profiles and Successful Candidate Information Sheet for Store Manager Position at Store #2135 (D00001830-1831) |
| D-120 | | | | | Job Opening Detail and Applicant Profiles for Co-Manager Position at Store #2262 (D00001832-1837) |
| D-121 | | | | | Associate Profile for Kathleen Curns, along with Interview Notes for Co-Manager Position at Store #2262 (D00001838-1845) |
| D-122 | | | | | Job Opening Detail, Applicant Profiles and Successful Candidate Information Sheet for Co-Manager Position at Store #2262 (D00001891-1893) |
| D-123 | | | | | Job Opening Detail and Applicant Profiles for Co-Manager Position at Store #2262 (D00001917) |
| D-124 | | | | | Associate Profile for Kathleen Curns for Co-Manager Position at Store #2262 (D00001918-1920) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-125 | | | | | E-mails between Micah Hawk and Kathleen Curns dated September 28, 2005 (D00002313) |
| D-126 | | | | | E-mails between Micah Hawk and Kathleen Curns dated September 26, 2005 (D00002314) |
| D-127 | | | | | E-mails between Micah Hawk and Michelle Gunther dated July 15, 2005 (D00002318) |
| D-128 | | | | | E-mails from Micah Hawk to David Eaton dated September 28, 2005 regarding MCS approval for Kathleen Curns (D0002327-2328) |
| D-129 | | | | | E-mails from Micah Hawk to James Stratman dated September 19, 2005 regarding MCS approval for Kathleen Curns (D00002334-2337) |
| D-130 | | | | | E-mails from Micah Hawk to James Stratman with a copy to David Eaton dated August 2, 2005 regarding exception for Kathleen Curns (D00002359-2361) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-131 | | | | | E-mail from Micah Hawk to Karen Edgmon dated August 15, 2005 regarding Linda Zukaitis' acceptance of the severance package (D00002362) |
| D-132 | | | | | E-mails from Micah Hawk to Karen Edgmon dated August 1, 2005 regarding exception for Kathleen Curns (D00002366-2370) |
| D-133 | | | | | E-mail from Micah Hawk to Karen Edgmon dated June 17, 2005 regarding Shoe and Jewelry District Manager (D00002387) |
| D-134 | | | | | E-mails from Micah Hawk to Georgia Sherrill dated September 5, 2005 regarding MCS approval for Kathleen Curns (D00002349-2450) |
| D-135 | 6/10/10 | 6/10/10 | Hearsay objection overruled | David Eaton | E-mail from Brian Woodward to David Eaton dated October 3, 2005 regarding introduction (D00002404) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-136 | | | | | MCS interview notes for John Renfrew for Co-Manager position at Store #2262 in Oneonta, NY dated September 2, 2005, along with Associate Profile (D00002433-2442) |
| D-137 | | | | | MCS handwritten interview notes for John Renfrew for Co-Manager position at Store #2262 in Oneonta, NY dated September 2, 2005 (D00002443-2447) |
| D-138 | | | | | MCS interview notes for Ralph Holden for Co-Manager position at Store #2262 in Oneonta, NY dated September 2, 2005, along with Associate Profile (D00002448-2458) |
| D-139 | | | | | MCS handwritten interview notes for Ralph Holden for Co-Manager position at Store #2262 in Oneonta, NY dated September 2, 2005 (D00002459-2464) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-140 | | | | | MCS interview notes for Kathleen Curns for Co-Manager position at Store #2262 in Oneonta, NY dated July 27, 2005 (D00002483-2485) |
| D-141 | | | | | MCS handwritten interview notes for Kathleen Curns for Co-Manager position at Store #2262 in Oneonta, NY dated July 27, 2005 (D00002486-2489) |
| D-142 | | | | | MCS handwritten interview notes for Kathy Schubert for District Fashion Merchandiser position in District #514 dated July 3, 2005 (D00002505-2512) |
| D-143 | | | | | MCS interview notes for Shawn Earley for District Fashion Merchandiser position in District #514 dated July 3, 2005 (D00002513-2516) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-144 | | | | | MCS handwritten interview notes for Shawn Earley for District Fashion Merchandiser position in District #514 dated July 3, 2005 (D00002517-2524) |
| D-145 | | | | | Job Applicant list for Co-Manager position at Store #2262 in Oneonta, NY (D00002525) |
| D-146 | | | | | MCS interview notes for Daniel Houde for Co-Manager position at Store #2262 in Oneonta, NY dated July 27, 2005 (D00002527-2529) |
| D-147 | | | | | MCS handwritten interview notes for Daniel Houde for Co-Manager position at Store #2262 in Oneonta, NY dated July 27, 2005 (D00002530-2534) |
| D-148 | | | | | Wal-Mart Statement of Ethics PD-10 (D00000555-585) 555-557 |
| D-149 | | | | | Wal-Mart Reduction in Force Guidelines dated December 23, 2004 (P79-80) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-150 | | | | | Wal-Mart Exempt Severance Pay Plan Policy, PD-50ex. (P113-117) |
| D-151 | | | | | Diversity Awareness CBL Effective 1/7/03 – 1/5/04 (D00000718-741) |
| D-152 | | | | | Diversity Awareness CBL Effective 1/6/04-10/9/04 (D00000742-765) |
| D-153 | | | | | Diversity & Inclusion Management CBL (D00000766-787) |
| D-154 | | | | | Diversity & Inclusion CBL (D00000788-806) |
| D-155 | | | | | Performance Evaluation for Kathleen Curns dated March 31, 2006 (P148-150) |
| D-156 | | | | | Home Office Performance Appraisal for Kathleen Curns dated February 7, 2004 (P128-133) |
| D-157 | | | | | E-mail from Management Career Selection to Kathleen Curns dated May 27, 2005 regarding receipt of application for the District Fashion Merchandiser position (P13) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-158 | | | | | E-mail from Management Career Selection to Kathleen Curns dated June 16, 2005 regarding receipt of application for the District Fashion Merchandiser position (P7) |
| D-159 | 6/8/10 | 6/8/10 | | Kathleen Curns | Request for Leave of Absence for Plaintiff Kathleen Curns dated June 28, 2005 (P82) |
| D-160 | | | | | E-mail from Kathleen Curns to Karen Edgmon dated September 2, 2005 regarding interest in Co-Manager position (P21) |
| D-161 | | | | | E-mail from Kathleen Curns to Karen Edgmon dated September 6, 2005 regarding list for Co-Manager position (P20) |
| D-162 | | | | | E-mail from Karen Edgmon to Kathleen Curns dated September 6, 2005 regarding Co-Manager position (P19) |
| D-163 | | | | | E-mail from Kathleen Curns to Stacy Wiggins dated September 11, 2005 regarding Co-Manager position (P16) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-164 | 6\|11\|10 | 6\|11\|10 | | Curns Deposition | E-mail from Micah Hawk to Kathleen Curns dated September 21, 2005 regarding Co-Manager position (P11) |
| D-165 | 6\|11\|10 | 6\|11\|10 | | Curns Deposition | E-mail from Management Career Selection to Kathleen Curns dated September 21, 2005 regarding receipt of application for Co-Manager position (P8) |
| D-166 | | | | | Microsoft Outlook task from Micah Hawk dated May 31, 2005 regarding telephone conversation with Kathleen Curns (D00002396) |
| D-167 | | | | | E-mails from Micah Hawk to Georgia Sherrill dated August 29, 2005 regarding transfer approval for Kathleen Curns (D00002355-2356) |
| D-168 | | | | | E-mail from Karen Edgmon to Micah Hawk dated July 15, 2005 regarding telephone conversation with Linda Zukaitis (D00002394) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-169 | | | | | Resume for Linda Zukaitis (P167-168) |
| D-170 | 6/8/10 | 6/8/10 | | Linda Zukaitas | Management Salary Increase for Linda Zukaitis dated March 19, 2005 (P247) |
| D-171 | | | | | Performance Evaluation for Linda Zukaitis dated March 9, 2005 (P244-246) |
| D-172 | | | | | Web Based Management Career Selection Guide (D00002906-2920) |
| D-173 | | | | | Positions Applied for by Zukaitis – Applicant Questions & Answers (D00001667-1759) |
| D-174 | | | | | Positions Applied for By Curns – Applicant Questions and Answers (D00001947-2251) 1947-1966 |
| D-175 | | | | | E-mail from Micah Hawk to Michelle Gunther dated June 28, 2005 regarding speaking with former shoe and jewelry district managers (D00002388) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-176 | | | | | E-mail from Micah Hawk to Georgia Sherill dated August 29, 2005 regarding PCN for Kathleen Curns (D00002357-2358) |
| D-177 | | | | | Payroll Advice for Kathleen Curns (P126-127) |
| D-178 | | | | | Exit Interview for Kathleen Curns dated June 23, 2008 (D00002561) |
| D-179 | | | | | Performance evaluation for John Morgans dated March 22, 2005 (D00001410-1412) |
| D-180 | | | | | Performance evaluation for Brian Ratliff dated February 23, 2005 (D00001145-1147) |
| D-181 | | | | | Performance evaluation for Kathy Schubert dated March 31, 2005 (D00001328-1330) |
| D-182 | | | | | Performance evaluation for Shawn Earley dated March 22, 2005 (D00001572-1574) |
| D-183 | | | | | Earnings History Report for Kathy Schubert Laumeyer (D00002648-2664) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-184 | | | | | Earnings History Report for Brian Woodward (D00002718-2732) |
| D-185 | | | | | Earnings History Report for Loren Dewey (D00002693-2702) |
| D-186 | | | | | Earnings History Report for Sabrena Hendricks Towne (D00002611-2615; D00002665-2678) |
| D-187 | | | | | Earnings History Report for John Morgans (D00002616-2620; D00002679-2692) |
| D-188 | | | | | Earnings History Report for Daniel Houde (D00002621-2624; D00002703-2717) |
| D-189 | | | | | Earnings History Report for Ralph Holden (D00002625-2628; D00002733-2747) |
| D-190 | | | | | Earnings History Report for Brian Ratliff (D00002629-2632; D00002748-2762) |
| D-191 | | | | | Earnings History Report for Shawn Earley (D00002633-2636; D00002763-2777) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-192 | 6/9/10 | 6/9/10 | | Linda Zukaitas | Earnings History Report for Ronald Oriel (D00002637-2639; D00002778-2793) |
| D-193 | | | | | Earnings History Report for Laurie Bennett (D00002640-2643; D00002794-2808) |
| D-194 | | | | | Earnings History Report for Edward Narrod (D00002644-2647; D00002809-2825) |
| D-195 | | | | | Optionee Statements for Shawn Earley (D00002895; D00002900) |
| D-196 | | | | | Optionee Statements for Kathy Schubert Laumeyer (D00002896; D00002901) |
| D-197 | | | | | Optionee Statements for John Morgans (D00002897; D00002902) |
| D-198 | | | | | Optionee Statements for Brian Ratliff (D00002898; D00002903) |
| D-199 | | | | | Optionee Statements for Sabrena Hendricks Towne (D00002899; D00002904) |
| D-200 | | | | | Optionee Statement for Laurie Bennett (D00002905) |

Exhibits Returned to Counsel (Date): _____
Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-201 | 6/9/10 | 6/9/10 | | Linda Zukaitis | Wal-Mart fax cover sheet from Linda Zukaitis to Michelle Gunther dated July 1, 2005 regarding LOA paperwork (P220) |
| D-202 | | | | | Request for Leave of Absence for Linda Zukaitis dated July 1, 2005 (P190) |
| D-203 | 6/9/10 | 6/9/10 | | Linda Zukaitis | Request for Leave of Absence for Linda Zukaitis dated July 27, 2005 (P188) |
| D-204 | | | | | Fax cover sheet from Linda Zukaitis to Michelle Gunther and Sherri Shaw dated July 28, 2005 attaching Request for Leave of Absence and letter to Micah Hawk (D00002315-2317) |
| D-205 | | | | | Leave of Absence Request for Kathleen Curns dated November 16, 2007 (D000002552) |
| D-206 | | | | | Leave of Absence Request for Kathleen Curns dated December 7, 2007 (D00002553) |
| D-207 | | | | | Leave of Absence Request for Kathleen Curns dated January 4, 2008 (D00002554) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-208 | | | | | Leave of Absence Request for Kathleen Curns dated February 1, 2008 (D00002555) |
| D-209 | | | | | FMLA Leave of Absence Request for Kathleen Curns dated May 19, 2008 (D00002558-2559) |
| D-210 | | | | | Medical Certification Form for Kathleen Curns dated May 16, 2008 (D00002565-2566) |
| D-211 | | | | | Letter from Debbie Cuda to Kathleen Curns dated January 18, 2008 regarding leave of absence procedures (D00002550) |
| D-212 | | | | | Email from Global Human Resources to Don Defeo dated May 23, 2008 regarding Kathleen Curns leave of absence (D00002560) |
| D-213 | | | | | Email from Global Human Resources to Elizabeth Hatch dated July 1, 2008 regarding Kathleen Curns (D00002562) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-214 | | | | | Medical records from Kimberlee Culver, CSW for Kathleen Curns (Curns Medical 0097-0139, 141-176) |
| D-215 | | | | | Medical Records of Linda Zukaitis (Zukaitis Medical 001-04) |
| D-216 | | | | | 2005 W2 Wage and Tax Statement for Linda Zukaitis for Tractor Supply Co. (P152) |
| D-217 | | | | | 2005 Form 1099R for Linda Zukaitis (P152) |
| D-218 | 6/9/10 | 6/9/10 | | Linda Zukaitis | 2006 W2 Wage and Tax Statement for Linda Zukaitis (P153) |
| D-219 | 6/8/10 | 6/8/10 | Objections by Δ; overruled | Kathleen Curns | 2008 W-2 Wage and Tax Statements for Kathleen Curns (P610) |
| D-220 | 6/8/10 | 6/8/10 | Objections by Δ; overruled | Kathleen Curns | 2009 SSA-10999-SM form for Kathleen Curns (P611) |
| D-221 | 6/9/10 | 6/9/10 | | Linda Zukaitis | 2008 W2 Wage and Tax Statement for Linda Zukaitis (P613) |
| D-222 | 6/9/10 | 6/9/10 | | Linda Zukaitis | 2009 W2 Wage and Tax Statement for Linda Zukaitis (P612) |

Exhibits Returned to Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-223 | 6\|9\|10 | 6\|9\|10 | | Linda Zukaitis | New York State Department of Labor Unemployment Insurance 1099-G Form for Linda Zukaitis (P612) |
| D-224 | | | | | New York State Unemployment Insurance, Notice of Entitlement and Potential Charges for Linda Zukaitis (D00002312) |
| D-225 | 6\|11\|10 | 6\|11\|10 | | Frank Washburn | Memo from Frank Washburn dated May 5, 2005 regarding Shoes and Jewelry Transition (D00002921) |
| D-226 | 6\|11\|10 | 6\|11\|10 | | Frank Washburn | Email from Frank Washburn to Gwen Cannon dated June 29, 2005 regarding transition plan for remaining Shoes and Jewelry District Managers (D00002922) |
| D-227 | | | | | List of Walmart Stores for relevant geographic region as of June 1, 2005 |
| D-228 | | | | | Summary chart of Curns's salary history |
| D-229 | | | | | Summary chart of Zukaitis' salary history |
| D-230 | 6\|10\|10 | 6\|10\|10 | | Randall Simms Deposition | Randall Sims Videotape testimony |
| D-231 | 6\|11\|10 | 6\|11\|10 | | Frank Washburn | Job description for people greeter |
| D-232 | 6\|11\|10 | 6\|11\|10 | | | Job Description for Cashier |

Exhibits Returned to Counsel (Date): _____
Signature: _____