=====================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__  DISTRICT OF __NEW YORK__

JUDGMENT IN A CIVIL CASE

**DOCKET NO. 1:06-cv-1336 (GLS)**

**KATHLEEN CURNS and
LINDA ZUKAITIS**

    v.

**WAL-MART STORES,
INC.**

__X__  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____  **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** that judgment is entered, in favor of the Defendant against the plaintiffs, in accordance with the Jury Verdict rendered on June 14, 2010, before the Honorable Gary L. Sharpe, U.S. District Judge.


__June 15, 2010__              **LAWRENCE K. BAERMAN**
                                                             CLERK OF THE COURT


                                          BY:    S/_____
                                                DEPUTY CLERK
                                                John Law