**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
KATHLEEN CURNS and LINDA ZUKAITIS,    :
                                       :   No. 06-CV-1336 (GLS)
                                       :
              Plaintiffs,              :
                                       :   **NOTICE OF APPEAL**
       v.                              :
                                       :
WAL-MART STORES, INC.,                 :
                                       :
              Defendant.               :
------------------------------------------------------------- X

     PLEASE TAKE NOTICE that, pursuant to F.R.A.P. 4(a)(1), Plaintiffs Kathleen Curns and Linda Zukaitis hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the Judgment in favor of Defendant and against Plaintiffs, before the Honorable Gary L. Sharpe, District Judge of the United States District Court for the Northern District of New York, entered for the Defendant on June 15, 2010.

Dated: July 15, 2010
       New York, New York       Respectfully submitted,

                                                THOMPSON WIGDOR & GILLY LLP

                                                By: _____
                                                    Douglas H. Wigdor (511986)
                                                    Andrew S. Goodstadt (514688)

                                                85 Fifth Avenue
                                                New York, NY 10003
                                                Tel. (212) 257-6800
                                                Fax. (212) 257-6845
                                                dwigdor@twglaw.com
                                                agoodstadt@twglaw.com

                                                *COUNSEL FOR PLAINTIFFS*

BY ECF TO:

    The Clerk of Court
    United States District Court
    Northern District of New York
    James T. Foley - U.S. Courthouse
    445 Broadway
    Albany, New York 12207

    Joel Finger, Esq.
    Littler Mendelson, P.C.
    900 Third Avenue
    New York, New York 10022

    *Attorneys for Defendant*

=================================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

| NORTHERN | DISTRICT OF | NEW YORK |

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:06-cv-1336 (GLS)**

**KATHLEEN CURNS and**
**LINDA ZUKAITIS**

    v.

**WAL-MART STORES,**
**INC.**

    **X**        **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

                **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** that judgment is entered, in favor of the Defendant against the plaintiffs, in accordance with the Jury Verdict rendered on June 14, 2010, before the Honorable Gary L. Sharpe, U.S. District Judge.


     June 15, 2010                               **LAWRENCE K. BAERMAN**
                                                         CLERK OF THE COURT


                                           BY:     S/
                                                        DEPUTY CLERK
                                                           John Law